

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 11 2020 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILDAR GIMADIEV<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR, II, Secretary, United States Department of Health and Human Services; ROBERT R. REDFIELD, MD, Director, Centers For Disease, Control and Prevention; MARTIN S. CETRON, MD, Director, Division of Global Migration and Quarantine, National Center for Emerging and Zoonotic Infectious Diseases, Centers for Disease Control and Prevention; CLIVE M. BROWN, MBBS, MPH, MSc, DTM&H (London), Chief, Quarantine and Border Health Services Branch, Division of Global Migration and Quarantine, National Center for Emerging and Zoonotic Infectious Diseases, Centers for Disease Control and Prevention; STEPHANIE MICHEL, Quarantine Officer, Quarantine and Border Health Services Branch, Division of Global Migration and Quarantine, National Center for Emerging And Zoonotic Infectious Diseases, Centers for Disease Control and Prevention, and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | CASE NO.<br><br>**CV-20 4248**<br><br>BLOCK, J.<br><br>MANN, CH. M.J.<br><br>**EMERGENCY ORDER TO SHOW CAUSE**<br><br>SEPTEMBER 11, 2020 |

Upon the declaration of ILDAR GIMADIEV, the plaintiff herein, sworn to on the 11th day of September, 2020, and upon the COMPLAINT and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S EMERGENCY ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER, all hereto annexed, it is

1

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room _____, Long Island Courthouse, 100 Federal Plaza, Central Islip, NY 11722, on _____, ____, 2020 at ____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure restraining and enjoining the defendants and any and all persons working in concert with them during the pendency of this action and thereafter from continuing to enforce 42 C.F.R. § 71.51 against plaintiff; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily restrained from and enjoined from continuing to enforce 42 C.F.R. § 71.51 against plaintiff; and it is further

ORDERED that security in the amount of $ _____ be posted by the plaintiff prior to _____, 2020 at ___ o'clock in the _____noon of that day, and it is further

ORDERED that personal service of a copy of this order and annexed complaint and papers upon which it was granted upon the defendants or their counsel on or before _____ o'clock in the _____noon, September ____, 2020 shall be deemed good and sufficient service thereof.

DATED: Central Islip, New York

ISSUED: _____M

_____
United States District Judge