UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILDAR GIMADIEV<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR, II, Secretary, United States Department of Health and Human Services; ROBERT R. REDFIELD, MD, Director, Centers For Disease, Control and Prevention; MARTIN S. CETRON, MD, Director, Division of Global Migration and Quarantine, National Center for Emerging and Zoonotic Infectious Diseases, Centers for Disease Control and Prevention; CLIVE M. BROWN, MBBS, MPH, MSc, DTM&H (London), Chief, Quarantine and Border Health Services Branch, Division of Global Migration and Quarantine, National Center for Emerging and Zoonotic Infectious Diseases, Centers for Disease Control and Prevention; STEPHANIE MICHEL, Quarantine Officer, Quarantine and Border Health Services Branch, Division of Global Migration and Quarantine, National Center for Emerging And Zoonotic Infectious Diseases, Centers for Disease Control and Prevention, and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | CASE NO.<br><br>CV-20 4248<br><br>BLOCK, J.<br><br>MANN, CH. M.J.<br><br>PROPOSED TEMPORARY RESTRAINING ORDER<br><br>SEPTEMBER 11, 2020 |

Plaintiff's Order to Show Cause why defendants should not be temporarily enjoined from enforcing 42 C.F.R. § 71.51 against plaintiff having come before the Court, and good cause appearing therefore, namely evidence showing that immediate and irreparable harm will result to the plaintiff if defendants are allowed to continue to

enforce 42 C.F.R. § 71.51 against plaintiff pending a trial on the merits seeking permanent injunctive relief.

IT IS HEREBY ORDERED THAT:

Plaintiff's Order to Show Cause why defendants should not be temporarily enjoined from prosecuting plaintiffs is GRANTED, and

1. Defendants are hereby ordered that pending the hearing on the determination of the preliminary and permanent injunction, the Defendants are barred, enjoined and restrained from enforcing 42 C.F.R. § 71.51 against plaintiff,
2. , such Order to remain in effect until _____ am/pm on the _____ day of _____, 2020.
3. Plaintiff's counsel shall serve a copy of this Order on defendants or Defendants' counsel by personal delivery or fax on or before _____ am/pm on the _____ day of _____, 2020.
4. Defendants shall respond by filing papers with the Clerk of the Court on or before _____ am/pm on the _____ day of _____, 2020, contemporaneously serving copies on plaintiff's counsel by personal delivery or fax, to show cause why a temporary injunction should not issue to enjoin the defendants and all other persons in active concert or participation with them, directly or indirectly, by use of any means or instrumentality, from enforcing 42 C.F.R. § 71.51 against plaintiff pending resolution of the complaint for permanent injunctive relief herein.

Dated: _____    _____
                                          United States District Judge

Presented By:

  /s/ Richard Bruce Rosenthal
Richard Bruce Rosenthal
Federal Bar No. RB1834
545 E. Jericho Turnpike
Huntington Station, NY 11746
(t) 631-629-8111
(c) 516-319-0816
(f) 718-793-2791
richard@thedoglawyer.com


  /s/ Thompson Gould Page
Thompson Gould Page
Federal Bar No. TP5549
Thompson Gould Page, LLC
1 Linden Place, Suite 108
Hartford, CT 06106-1748
(t) 860-895-6644
(c) 860-983-7655
(f) 860-895-6672
thom@tpagelaw.com