# Exhibit 1

**AEROFLOT**
*Sincerely yours*

**POST ENTRY**   PE 300475

Manifest # SS672   Port JFK   City Queens
Airline/Flight # Aeroflot/SU102   Aircraft VP-BGB   Arrival Date 09/08/2020
Passenger Name Gimadiev, Ildar Shavkatovich
Address 9840 57 Avenue Apt 14E, Corona, NY 11368
Telephone (H) 551-795-3000   (B) ildar.gimadiev@gmail.com
Baggage Tag Number(s) SU 604063/seal 0023007 / SU 604039 0023904/ SU 604089/seal 002314 SU 604091/seal 0023185/ SU 604050/seal 0024809/ SU 604080/seal 0023350 carry on - 0023103 / SU 604032/seal 0021269
Total Number of Pieces 8 Pieces
Type Code or Description of Item Dogs
Customs Officer Ferrante   Badge No. 24060
Airline Representative Signature Ildar Gimadiev

**Reason for Post Entry**   **ENSURE THAT PACKAGE IS PROPERLY SEALED**
a. Baggage Unclaimed
b. Hold for Formal Entry
c. Forward in Bond to (enter full address):
Other (explain): CDC needs to verify paperwork for Dogs
Estimated Dollar Value $

Remarks: (718) 751-1414

Passenger Signature

**COPY TO PASSENGER**