# Exhibit 2



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**        Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

**Denial of Entry**

Dear: Ildar Gimadiev                                                Date: **09/08/2020**

The Centers for Disease Control and Prevention (CDC), in accordance with 42 Code of Federal Regulations § 71.51, has denied your request dated **09/08/2020** to import one or more dogs into the United States. Your request is denied based on the reason(s) indicated below:

☒ Documentation contains information that is inaccurate, unverifiable, or is missing information.
☐ Documentation contains information reasonably believed to be false.
☒ Rabies vaccination certificate was not provided.
☐ Rabies vaccination certificate was invalid/expired.
☐ Dog's first rabies vaccination was received less than 28 days before importation.
☐ Dog was not healthy.
☐ Dog was from Egypt OR originated in Egypt and lived in other country(ies) for less than 6 months
☐ Other: 2 dogs in shipment not declared to Customs. Rabies documentation not provided as well.

If you wish to appeal this decision, you must be the owner, importer, or broker of record, and submit your appeal within five (5) business days of receiving this denial. To submit an appeal please include all the following information:
- Include your name, address, phone number, and email
- Confirm that you are the owner, importer, or broker of record
- Provide the arrival airport, date of arrival, and the country the dog(s) originated in
- State the reason for your appeal and why you believe CDC made a mistake in denying entry to the dog(s)

**Denials for importation permits from dogs coming from Egypt are final and may not be appealed.**

To submit an appeal or if you have questions, please contact:
   Director, Division of Global Migration and Quarantine
   RE: Dog Denial of Entry
   1600 Clifton Road NE, Mailstop: V18-2
   Atlanta, GA 30333
   CDCAnimalImports@cdc.gov

**Please be aware, submitting an appeal does not delay the re-exportation of the dog(s).**

Once received, a senior CDC official will review and decide your appeal. CDC will then issue a written response, which will constitute final agency action. A successful appeal does not entitle you to recover any costs related to the initial denial but allows you to import the dog(s) into the United States. For more information, please see www.cdc.gov/importation/laws-and regulations/index.html under Foreign Quarantine Regulations.

Sincerely,

*[signature]*

Dr. Clive M. Brown, MBBS, MPH, MSc, DTM&H (London)
Chief, Quarantine and Border Health Services Branch
Division of Global Migration and Quarantine
National Center for Emerging and Zoonotic Infectious Diseases
Centers for Disease Control and Prevention

Centers for Disease Control and Prevention (CDC)
National Center for Emerging and Zoonotic Infectious Diseases
Division of Global Migration and Quarantine

QARS # 251703

## Disposition Form for Baggage and Cargo

| 1. Port of Entry | 2. Entry Date/Time (24h) | 3. Conveyance | 4. CDC Quarantine Station | 5. Quarantine Officer |
|---|---|---|---|---|
| JFK | 9/8/2020 | SU102 | NYQS | Stephanie Michel |

**6. CDC Notified by (Agency/Officer/Telephone/E-mail):**
CBP Officer Sylvester Snell
sylvester.a.snell@cbp.dhs.gov

**7. U.S. Customs and Border Protection (CBP) Form Attached (check all that apply):**
☐ Detention Notice (6051D)   ☐ Re-Export (7512)
☐ Entry (3461)   ☐ Seized Property (6051S)
☐ Mail Interception (287)   ☐ Other _____

| 8. Name of Owner | 9. Owner's Address | 10. Owner's Telephone/Fax/E-mail |
|---|---|---|
| Ildar Gimadiev | Street/City/State: 9840 57 Avenue Apt. 14E<br>Zip Code/Country: 11368, USA | Phone: 551-795-3000<br>Email: ildar.gimadiev@gmail.com |

| 11. Passport Information/Country | 12. Master/House Waybill # | 13. Item's Country of Origin |
|---|---|---|
|  | N/A | Russia |

**14. Broker Name/Address/Telephone/E-mail**

**15. Conveyance Representative's Name/Address/Telephone/E-mail**
Anna Sanosyan
Email: asanosyan-x@aeroflot.ru

**16. Description of Items Held or Denied Entry**
9 dog(s), between 5 mos to 2 yrs old, whose rabies vaccine certificate(s) contain inaccurate or unverifiable information, or information reasonably believed to be false. Therefore CDC denies entry.

**17. Reason Held or Denied Entry (ref. 42 CFR Part 71)**
In accordance with 42 Code of Federal Regulation (CFR) part 71.51 All dogs entering the United States must be healthy and have proof of valid rabies vaccination. Dogs must be vaccinated at 3 months or older and at least 28 days before arrival into the United States. Documentation accompanying shipment must be complete and meet all criteria for entry at time of arrival.

**18. No. of Items** 9

**19. Items Declared to Customs?**   ☒ Yes   ☐ No

**20. Quarantine Station Action/Shipment Status (check all that apply):**
☐ Requested post-entry   ☐ Awaiting permit   ☐ Requested other documents*
☐ Requested hold   ☒ Denied entry   ☐ Abandoned by importer
☐ Shipped in-bond to taxidermist/other location (name/address)

**21. Quarantine Officer's Signature**
Stephanie Michel -S
Digitally signed by Stephanie Michel -S
Date: 2020.09.09 15:05:33 -04'00'

**22. Date** 09/09/2020

**23. Owner/Broker's Signature (only indicates receipt of CDC Form 75.41)**

**24. Date**

**25. Final Disposition of Item(s)** (check all that apply):
☐ Allowed entry to original importer
☐ Donated (write in #26 below)   ☐ Allowed entry to another (not original) importer (write in #26 below)
☐ Repackaged   ☐ Re-Exported   ☐ Destroyed by (agency) _____

**26. Final Destination (Name/Address/Telephone/E-mail)**

**27. Date**

### Acceptance/Chain of Custody

| Date | Name (Individual/ Agency/Organization) | Telephone | Item | Quantity | Signature |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Form Instructions:** Quarantine Station to complete if unable to clear a shipment (one form/shipment) under CDC regulations immediately upon entry.
* Taxidermist certificate, documentation that item has been rendered noninfectious, necropsy/rabies test results, rabies vaccine certificate, etc.
** As agreed upon by importer (or agent), CBP, CDC and other agencies with authority over the item.   COPY: ☐ Quarantine Station   ☐ Owner
CDC Form 75.41 (E), Revised June 2010, CDC Adobe Acrobat Pro 2017 Electronic Version, August 2020   ☐ Broker   ☐ CBP   ☐ Conveyance
☐ Other Federal Agency

Centers for Disease Control and Prevention (CDC)
National Center for Emerging and Zoonotic Infectious Diseases
Division of Global Migration and Quarantine

QARS # 251707

## Disposition Form for Baggage and Cargo

| 1. Port of Entry | 2. Entry Date/Time (24h) | 3. Conveyance | 4. CDC Quarantine Station | 5. Quarantine Officer |
|---|---|---|---|---|
| JFK | 9/8/2020 | SU102 | NYQS | Stephanie Michel |

**6. CDC Notified by (Agency/Officer/Telephone/E-mail):**
CBP Officer Sylvester Snell
sylvester.a.snell@cbp.dhs.gov

**7. U.S. Customs and Border Protection (CBP) Form Attached (check all that apply):**
☐ Detention Notice (6051D)    ☐ Re-Export (7512)
☐ Entry (3461)                ☐ Seized Property (6051S)
☐ Mail Interception (287)     ☐ Other _____

**8. Name of Owner:** Ildar Gimadiev

**9. Owner's Address:**
Street/City/State: 9840 57 Avenue Apt. 14E
Zip Code/Country: 11368, USA

**10. Owner's Telephone/Fax/E-mail:**
Phone: 551-795-3000
Email: ildar.gimadiev@gmail.com

**11. Passport Information/Country**

**12. Master/House Waybill #** N/A

**13. Item's Country of Origin** Russia

**14. Broker Name/Address/Telephone/E-mail**

**15. Conveyance Representative's Name/Address/Telephone/E-mail**
Anna Sanosyan
Email: asanosyan-x@aeroflot.ru

**16. Description of Items Held or Denied Entry**
2 dog(s), 8-16 weeks of age, who were not declared to Customs. Rabies documentation not provided. Therefore CDC denies entry.

**17. Reason Held or Denied Entry (ref. 42 CFR Part 71)**
In accordance with 42 Code of Federal Regulation (CFR) part 71.51 All dogs entering the United States must be healthy and have proof of valid rabies vaccination. Dogs must be vaccinated at 3 months or older and at least 28 days before arrival into the United States. Documentation accompanying shipment must be complete and meet all criteria for entry at time of arrival.

**18. No. of Items** 2

**19. Items Declared to Customs?** ☐ Yes  ☒ No

**20. Quarantine Station Action/Shipment Status (check all that apply):**
☐ Requested post-entry    ☐ Awaiting permit    ☐ Requested other documents*
☐ Requested hold          ☒ Denied entry       ☐ Abandoned by importer
☐ Shipped in-bond to taxidermist/other location (name/address)

**21. Quarantine Officer's Signature:** Stephanie Michel -S
Digitally signed by Stephanie Michel -S
Date: 2020.09.09 15:18:32 -04'00'

**22. Date:** 09/09/2020

**23. Owner/Broker's Signature (only indicates receipt of CDC Form 75.41)**

**24. Date**

**25. Final Disposition of Item(s)** (check all that apply):
☐ Donated (write in #26 below)       ☐ Allowed entry to original importer
☐ Repackaged    ☐ Re-Exported        ☐ Allowed entry to another (not original) importer (write in #26 below)
                                      ☐ Destroyed by (agency) _____

**26. Final Destination (Name/Address/Telephone/E-mail)**

**27. Date**

### Acceptance/Chain of Custody

| Date | Name (Individual/Agency/Organization) | Telephone | Item | Quantity | Signature |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Form Instructions:** Quarantine Station to complete if unable to clear a shipment (one form/shipment) under CDC regulations immediately upon entry.
* Taxidermist certificate, documentation that item has been rendered noninfectious, necropsy/rabies test results, rabies vaccine certificate, etc.
** As agreed upon by importer (or agent), CBP, CDC and other agencies with authority over the item.

COPY: ☐ Quarantine Station  ☐ Owner  ☐ Broker  ☐ CBP  ☐ Conveyance  ☐ Other Federal Agency

CDC Form 75.41 (E), Revised June 2010, CDC Adobe Acrobat Pro 2017 Electronic Version, August 2020