# Exhibit 5

*Rev. sci. tech. Off. int. Epiz.*, 1992, **11** (3), 735 760

# Practical significance of rabies antibodies in cats and dogs

## M.F.A. AUBERT *

**Summary:** *Doubt has sometimes been cast upon the protective effect of rabies antibodies in serum. Animals and humans suffering from fatal rabies often produce high antibody titres, while rabies cases are also observed in vaccinated animals. Cellular immunity is also largely involved in protection. Nevertheless, a large number of laboratory experiments and field observations clearly demonstrate that cats and dogs which develop antibodies after vaccination and before challenge have a very high probability of surviving any challenge, no matter how strong the dose and which virus strain was used.*

*Rabies antibody titration can, therefore, afford a strong additional guarantee to the vaccination certificates accompanying domestic carnivores during transportation between countries. Quarantine rules should also be adapted to the epidemiological features in the exporting country, e.g. statistics of vaccination failure in cats and dogs and host-virus adaptation of the rabies strains circulating in these countries.*

KEYWORDS: Antibodies   Cats - Dogs - Rabies - Survival to challenge.

## INTRODUCTION

Cats and dogs can introduce rabies into disease free countries if they are incubating the disease and are transported during the pre-symptomatic phase. To prevent such introduction, vaccination is recommended. The present article reviews publications dealing with rabies protection afforded to cats and dogs by vaccination.

Only the parenteral route of vaccination will be considered, as the oral route is employed only for wandering and non-restrained carnivores; extensive results for individual cats and dogs are unavailable. Also, since oral vaccination could mobilise immunity pathways other than those obtained parenterally, the results with one procedure may be not transposable to the other.

Furthermore, no consideration will be given here to the results of vaccination after exposure, which does little, if anything, to alter disease (20).

Emphasis will be given to the most common method for measuring rabies immunisation: assays for **rabies virus neutralising antibodies in serum** (henceforth referred to as "neutralising antibodies"). The practical significance and consequences of rabies virus neutralising antibodies in cats and dogs are considered; namely, to what extent do neutralising antibody titres confer protection against subsequent challenge?

---

* Centre national d'études vétérinaires et alimentaires, Laboratoire d'études sur la rage et la pathologie des animaux sauvages, B.P. 9, 54220 Malzéville, France.

736

No consideration will be given to the question of whether real protection against challenge is provided by neutralising antibodies and/or other immunity factors. Titres of neutralising antibodies in serum are simply viewed as the easiest means of evaluating the likelihood that a cat or dog will not contract rabies following exposure.

## STUDIES IN DOGS

### NEUTRALISING ANTIBODIES AFTER VACCINATION

**General considerations**

The kinetics obtained for neutralising antibodies after vaccination have been thoroughly described in the literature. The curve of neutralising antibodies after vaccination and boosters follows the pattern generally observed with other antigens: seroconversion and rapid rise of the level of neutralising antibodies after first vaccination, followed by a slow decrease, a new rise after booster to reach a higher level than previously observed, then a new decrease leading to a stabilised higher level (Fig. 1) (8, 51, 63). The decrease of neutralising antibody levels has been evaluated



Fig. 1

**Kinetics of rabies neutralising antibodies in sera of laboratory dogs vaccinated with a tissue culture vaccine**
Variations according to vaccination route and antigenic value of the vaccine as measured by the NIH test
(63, 64)

737

in domestic populations of owned dogs in several countries: in Canada, titres of neutralising antibodies in the sera of dogs showed a clear division between, on the one hand, dogs vaccinated or revaccinated one year before and, on the other hand, dogs revaccinated three weeks before (33). Data from Thailand and Java show that the neutralising antibody titre decreases very rapidly after 60 to 120 days to levels 5 to 25 fold less than the highest point reached during the kinetics (Fig. 2) (40, 65). The higher level of neutralising antibodies obtained when owned dogs are vaccinated several times has been described by Sasaki and colleagues (55, 56).



**FIG. 2**

**Kinetics of rabies neutralising antibodies in sera of owned dogs of various ages in Thailand after one subcutaneous vaccination with a tissue culture vaccine**
The number of dogs sampled was
54 at day 0 and 31 at day 360
(65)

With regard to the production of neutralising antibodies and the relation of these antibodies to protection against challenge, a clear distinction must be made between live virus vaccines and inactivated virus vaccines. These two types of vaccine cannot be directly compared. The best relation between antibody production and protection has always been obtained with inactivated virus vaccines and it is, therefore, the latter which will be considered in greater detail, especially as they currently represent the only type of vaccine authorised in a great many countries.

738

### High individual variability

In laboratory dogs bred and kept under the same conditions and in comparable health, neutralising antibody titres obtained after the same form of vaccination commonly range from zero to twenty international units (IU) or more per ml (19, 51, 53).

### Influence of vaccine types and potency

The first complete study of live virus vaccines was published by Dean and colleagues (32). This study established a correlation between antibody production and resistance to challenge, which was confirmed by later studies (see below). As far as inactivated virus vaccines are concerned, besides individual variation, the level of neutralising antibodies in serum correlates positively with the antigenic value of the vaccine as determined by the American National Institutes of Health (NIH) test. This observation is common in the course of vaccine production and control on laboratory dogs (Fig. 1) (47, 63). The influence of the antigenic value of the vaccine on the level of neutralising antibodies has also been demonstrated in domestic populations of owned dogs; in Switzerland, Engels and colleagues (35) showed that in owned dogs, higher titres were generally obtained with inactivated vaccines than with live (and less potent) vaccines.

However, when inactivated virus vaccines with an antigenic value (as measured by the NIH test) equal to or greater than 1.0 IU per dose are employed, no correlation can be shown between the level of neutralising antibodies in individual dogs and the titre of the vaccine. This result was first demonstrated in owned dogs to in France by Blancou and colleagues (13). In this experiment, dogs were sampled randomly from populations living under various conditions and were vaccinated with a range of commercially available vaccines. Chappuis and colleagues (30) and Lazarowicz and colleagues (45) used laboratory dogs to investigate whether the administration of vaccines from the same producer would entail a correlation between the NIH titre of vaccines and the level of neutralising antibody response. Even under standardised conditions, no correlation was found. The same conclusion can be drawn from the results of Barth and colleagues (7).

In summary, a significant variation of neutralising antibody response can be shown only under a broad range of vaccine potencies (61). When the potencies of commercial inactivated virus vaccines are fairly high, the neutralising antibody response will be related only to the immune responses of individual dogs.

### Influence of the route of vaccination

Since Pasteur, the route of vaccination has been subcutaneous (s.c.). Fuenzalida in 1967 demonstrated that the intramuscular (i.m.) route resulted in higher neutralising antibody titres in sera of dogs (37). Apart from Merry (46), who found no clear advantage for the i.m. over the s.c. route, the results obtained by Fuenzalida were largely confirmed (22, 25, 63). However, the advantage of the i.m. route diminishes with high potency vaccines (Fig. 1) (63) and the use of adjuvanted vaccines renders the i.m. route excessively painful. Adjuvants confer a longer lasting immunity, which can be obtained with a smaller quantity of antigen, as first demonstrated on laboratory dogs (52), then on owned dogs (43, 68, 69). Despite the use of smaller quantities of antigen and a reduced vaccination schedule (less frequent boosters), the neutralising antibody levels reached after one, two or three years with adjuvanted vaccines were

739

equivalent to those reached with non-adjuvanted vaccines given according to the usual schedule (two injections of vaccine the first year, with annual boosters).

The importance of the vaccination route was clearly demonstrated with intradermal injection of vaccine in dogs (68). Unfortunately, the advantages of an enhanced response obtained with a minute dose of vaccine ($2 \times 0.1$ ml) were offset by the fact that intradermal injection must be performed on the inside of the ear and, hence, this procedure must be conducted dangerously near the mouth of the animal.

### Influence of age

It has been shown that dogs 11-16 weeks of age respond better to Flury low egg passage (LEP) or high egg passage (HEP) vaccine than dogs 5-10 weeks of age (81% vs. 38% protection from challenge, respectively) (41). The relationship between the age of animals and protection from challenge was confirmed in a laboratory study by Bunn in three- to five-month-old pups. Three months after vaccination with Flury LEP vaccine, ten of forty pups had antibody titres below 1/5 (24, 25).

A survey on owned dogs in France showed that even beyond three months of age, older dogs produced higher titres (Fig. 3) (13).



FIG. 3

**Correlation between rabies antibody level reached after one vaccine injection and age of dogs**
Study conducted on 66 owned dogs in France
(13)

740

The influence of age on the neutralising antibody response in dogs was also clearly demonstrated on owned dogs in Thailand by Teepsumethanon and colleagues (65). These authors described the kinetics of neutralising antibodies in three age groups: 3 weeks to 3 months, 6 to 12 months, and more than 12 months. Whenever the mean level of neutralising antibodies was evaluated after vaccination, the older dogs had the highest levels of response. Given the difficult conditions prevailing in Thailand, the superior response of older dogs could also be related to the increased life expectancy of dogs with a more powerful immune system (Fig. 2).

The presence of specific neutralising antibodies transmitted to puppies via colostrum impedes development of active immunity. The interference between passive neutralising antibodies of maternal origin and active immunisation has been studied by Précausta (52, 53). Puppies of non immune bitches vaccinated at the age of one month respond with the same neutralising antibody level as puppies vaccinated at seven months of age. Puppies of immune bitches vaccinated at one month of age show neutralising antibody levels which decrease according to the same kinetics as unvaccinated members of the same litter.

After ten weeks (44) to twelve weeks (52), no traces of maternal neutralising antibodies remain. Surveys in pet dog populations where systematic vaccination of adult dogs is practised (in France and elsewhere) have confirmed that no further interference between active and passive immunity occurs beyond this age (53).

### Influence of the health and breeding status of dogs

Blancou and colleagues (19) compared the proportion of individuals developing neutralising antibodies in 64 dogs after the administration of adjuvanted or non-adjuvanted vaccines. This rate may vary considerably depending on the category of dog (bred for laboratories, belonging to individuals in France or uncontrolled in Tunisia). The rate drops from 100% to 59% in the case of semi-stray dogs as compared to laboratory dogs (Fig. 4). Urban dogs in Lima (Peru) exhibited better rates than in Tunisia, but the rates were still lower than in dogs kept under laboratory conditions (31). Although the health status of these populations had not been measured in the previous studies, this status is probably responsible for the differences observed by Teepsumethanon and colleagues (65) in Thailand: Thai pet dogs which had received one s.c. dose of rabies vaccine exhibited a better neutralising antibody response when they did not suffer from anaemia (Fig. 5). In 440 pets under quarantine in Hawaii, Sasaki and colleagues (56) demonstrated that those with internal parasites had significantly lower levels of neutralising antibodies than those without parasites.

## LEVEL OF NEUTRALISING ANTIBODIES IN SERA AND RESULTS OF CHALLENGE

### Challenge under laboratory conditions

In view of the serious problem posed by rabies, challenge of previously vaccinated dogs has often been performed even when a large proportion of the dogs under experiment exhibited a seroconversion. Moreover, such challenges are performed in response to doubts which have sometimes been cast on the significance of neutralising antibodies to rabies, due to the fact that high titres have been measured in human beings and animals dying of rabies. In fact, very few diseases show so clear a correlation as in rabies between seroconversion **before** challenge and protection from challenge.

741



FIG. 4

**Influence of the breeding standards of dogs on the level
of rabies antibody reached one year after vaccination**
Comparison of laboratory dogs, pet dogs in France
and stray dogs in Tunisia
(19)



FIG. 5

**Influence of the health status of Thai dogs on the level
of rabies antibody reached after one vaccination**
Comparison of dogs with or without anaemia
(65)

742

In the context of movement of dogs between countries, it is possible to check the efficiency of previous vaccinations. A large number of reports can be summarised by the simple comparison of the proportion of dogs surviving challenge vs. the proportion of dogs with detectable neutralising antibodies in serum just before challenge (i.e. theoretically when the neutralising antibody level is lowest). These summaries are given in Tables I to VIII.

Sikes and colleagues (62) employed several types of vaccine on dogs and challenged them one or three years after vaccination (Tables I and II). Sikes (61) commented on the three-year experiment as follows: "In this study, as in many others, presence of neutralising antibodies to rabies at the time of challenge did not indicate protection for all of the animals. Likewise, absence of neutralising antibodies in serum at the time of challenge did not mean the animals were unprotected. However, there was strong statistical significance ($P < 0.1$) that animals with neutralising antibodies at the time of challenge were better protected than those with no detectable neutralising antibodies."

### TABLE I

*Laboratory dogs: one intramuscular vaccination*
*with various vaccines, challenge with rabies virus NYC-Ga strain*
*one year after vaccination*
(61)

| Vaccine | Dogs with antibodies just before challenge (%) | Dogs surviving challenge |
|---|---|---|
| **Experiment 1** | | |
| LEP tissue culture | 88 | 9/10 |
| LEP tissue culture | 73 | 10/10 |
| ERA tissue culture | 73 | 10/10 |
| LEP chicken embryo | 70 | 10/10 |
| HEP tissue culture | 63 | 10/10 |
| CVS adjuvanted | 13 | 7/10 |
| None | 0 | 0/10 |
| **Experiment 2** | | |
| Suckling mouse brain | 95 | 10/10 |
| Suckling mouse brain | 67 | 10/10 |
| None | 0 | 0/10 |

LEP: low egg passage
HEP: high egg passage
ERA: Elizabeth (Gaynor) Rokitniki Abelseth
CVS: challenge virus strain

Sikes employed the NYC-Ga (New York City-Georgia) dog salivary gland strain of rabies virus. The same strain has also been used for challenge in other experiments (Tables III to VI) and the results confirm each point of the statements made by Sikes (60) regarding vaccination of dogs:

*a)* generally, groups of dogs with a high percentage of seroconversion will have the highest probability of surviving challenge

743

## TABLE II

*Laboratory dogs: one intramuscular vaccination with*
*various vaccines, challenge with rabies virus NYC-Ga strain*
*three years after vaccination*
(61)

| Vaccine | Dogs with antibodies just before challenge (%) | Dogs surviving challenge |
|---|---|---|
| LEP tissue culture | 87 | 29/30 |
| LEP tissue culture | 69 | 26/29 |
| ERA tissue culture | 57 | 27/30 |
| LEP chicken embryo | 54 | 28/30 |
| Suckling mouse brain | 48 | 27/27 |
| HEP tissue culture | 42 | 27/29 |
| Suckling mouse brain | 28 | 23/29 |
| CVS adjuvanted | 0 | 17/29 |
| None | 0 | 3/30 |

| Results of challenge | Antibodies before challenge | |
|---|---|---|
| | yes | no |
| Rabid | 3 * | 26 |
| Surviving | 157 | 47 |

\* titres of 1/2, 1/3 and 1/5 (endpoint neutralising dilutions of the serum)

## TABLE III

*Laboratory dogs: one vaccination with HEP vaccine,*
*challenge with rabies virus NYC-Ga strain*
*three years after vaccination*
(22)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
|---|---|---|
| **Intramuscular injection** | | |
| Undiluted | 29/30 | 30/30 |
| Diluted 1/10 | 6/10 | 10/10 |
| Diluted 1/100 | 4/10 | 9/10 |
| **Subcutaneous injection** | | |
| Undiluted | 4/29 | 17/29 |
| Diluted 1/10 | 0/9 | 2/9 |
| Diluted 1/100 | 0/8 | 2/8 |
| **None** | 0/30 | 0/30 |

744

### TABLE IV

*Laboratory dogs: subcutaneous vaccination with*
*tissue culture vaccine, challenge with rabies virus NYC-Ga strain*
*twenty-seven months after vaccination*
(8)

| Antigenic value of vaccine * | Dogs with detectable antibodies 12 months after vaccination | Dogs surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| 0.6 | 8/8 | 8/8 | 0/7 |
| 1.7 | 19/20 | 17/18 ** | 3/12 |
| 4.6 | 10/10 | 9/9 | |
| 2.3 | 6/9 | 8/9 *** | 4/12 |

  * measured by the NIH test, expressed in IU/dose
 ** The dog which died of rabies had always had the lowest antibody titre in the group
 *** The dog which died of rabies had never seroconverted

### TABLE V

*Laboratory dogs: subcutaneous vaccination with*
*tissue culture vaccine, challenge with rabies virus NYC-Ga strain*
*three years after vaccination*
(52)

| Vaccination | Dogs with serum antibodies >0.5 IU/ml just before challenge | Dogs surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| One injection of adjuvanted vaccine | 29/30 | 29/30 | 0/20 |

### TABLE VI

*Laboratory dogs: intramuscular vaccination with tissue culture*
*adjuvanted vaccine, challenge with rabies virus NYC-Ga strain*
*three years after vaccination*
(59)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
|---|---|---|
| Yes | 14/25 | 23/25 * |
| No | 0/10 | 2/10 |

 * One of the two dogs which died following challenge was seronegative, the other had a titre of 1/4 (endpoint neutralising dilution of the serum)

*b)* on an individual basis:

a dog with neutralising antibodies just **before challenge** will have the best chance of surviving a severe challenge

— a dog with no detectable neutralising antibodies just before challenge will have a high chance of surviving a severe challenge if it seroconverted **after vaccination**

some dogs will not survive a severe challenge even if they have detectable neutralising antibody titres **before challenge**; generally these titres are the lowest of the group.

In studies of fox strains of rabies virus (Tables VII and VIII), the possibility of procuring a strong immunity as long as four to five years after vaccination, and of enhancing protection by the use of adjuvanted vaccines, has been demonstrated. These studies also confirmed the correlation between neutralising antibodies and protection against a fox strain.

**TABLE VII**

*Laboratory dogs: intramuscular vaccination with ERA vaccine,*
*challenge with rabies virus fox strain*
*four or five years after vaccination*
(44)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
|---|---|---|
| **Four years before challenge** | | |
| Yes | 5/10 | 7/10 |
| No | 0/9 | 0/9 |
| **Five years before challenge** | | |
| Yes | 7/14 | 13/14 |
| No | 0/14 | 5/14 |

**TABLE VIII**

*Laboratory dogs: subcutaneous vaccination with adjuvanted*
*tissue culture vaccine, challenge with rabies virus fox strain*
*two years after booster vaccination*
(38)

| Antigenic value of vaccine * | Dogs with detectable antibodies just before challenge | Dogs surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| 4.2 | 9/10 ** | 10/10 | 0/5 |

\* measured by the NIH test, expressed in IU/dose
\*\* two dogs with an antibody titre <0.5 IU/ml

746

Bunn and colleagues (28, 29) gathered pre-challenge neutralising antibody titres and challenge results obtained on dogs by the United States National Veterinary Services Laboratories and by vaccine manufacturers. Most of the dogs were challenged with the NYC-Ga strain, but results obtained with fox or skunk strains were also added. Sera were titrated either by the virus neutralisation test in mice (MNT) (5) or the rapid fluorescent focus inhibition test (RFFIT) (62). Data on neutralising antibodies originally expressed in arithmetical dilutions by Bunn (26, 27) have been converted into IU in Figure 6. Beyond 0.03 IU/ml with the MNT or 0.05 IU/ml with the RFFIT, the expected survival to challenge by a dog strain reaches 95%. With 288 dogs having RFFIT titres above 0.1 IU/ml, a 100% survival rate was obtained. The maximum survival rate observed among animals with the highest neutralising antibody titres measured by MNT was 99.5%.



approximately 0% (precise data not given)

FIG. 6

**Survival rate after challenge of laboratory dogs correlated with the level of rabies antibody reached before challenge**
Dogs were vaccinated with various vaccines and challenged one year after vaccination with NYC Ga, fox or skunk strains; the number of dogs in each class is written at the top of the bars
(27)

Given the higher susceptibility of dogs to dog strains (e.g. NYC Ga), which was proven by cross challenge of dogs with homologous and heterologous (fox) strains (15, 17), the challenge with fox strains could be expected to be less severe. Unfortunately, the data are too scarce to permit a definitive conclusion.

### Natural infection of vaccinated dogs

The number of vaccinated dogs which become naturally infected is related to several factors other than vaccine potency, such as probability of encountering an infected animal, severity of bites, health status and immune efficiency of the vaccinated dogs, and host virus adaptation. Such considerations could explain why vaccinated dogs suffer rabies more often in the course of dog rabies enzootics than during fox rabies enzootics. In Thailand, 9% of the dogs found positive upon laboratory diagnosis had been vaccinated within the previous two years (39). In Nigeria, a survey of 2,500 dogs vaccinated over two years, showed that at least four died of rabies three to eight months after vaccination (1, 2).

The following reasons (16) for the failure of immunity may be suggested:

   inappropriate vaccination with inadequately stored or improperly injected vaccine

   — vaccination during the incubation of rabies or before the onset of an immunological response

   — a heavy challenge overwhelming host defences

   — intrinsic incapacity in the host.

Whatever the origins of rabies cases recorded in vaccinated dogs, their number seems relatively low in areas contaminated with fox rabies (e.g. in Europe) (20). In France, only ten cases of so-called vaccination failures in dogs (and four among cats) have been registered over a period of twenty-three years (6). This number should be compared with the 4,250,000 cats and dogs vaccinated annually in France (this figure is based on the annual number of vaccine doses sold for domestic carnivores). The probability of a cat or dog becoming rabid if vaccinated can be estimated as $14/(23 \times 4,250,000)$, which is less than $1/6,980,000$. In France, dogs in contact with a rabid animal in an enzootic area are not sacrificed and can be kept alive if, prior to contamination, they have been properly vaccinated (with certificate and identification). In such cases, the animals are immediately revaccinated. A study of more than 3,500 dogs which had close contacts (bites in 36% of cases) with foxes (mainly) or other carnivores which were diagnosed as rabid by laboratory examination, revealed that only three dogs developed rabies (50). The failure rate in animals which were **definitely contaminated** can be estimated as $3/3,500$, given that injection of vaccine after contamination has been shown to provide no protection (20). It must be emphasised that these failures were recorded before 1984 and that failure is now less probable, given the generalisation of adjuvanted vaccines for dogs. In the United States of America, four rabies vaccine failures were recorded in cats and dogs in 1988 with 33,182,575 vaccinated domestic carnivores the same year (rate — $1/8,296,000$) (34).

Such evaluations could be useful in comparing the risks of vaccination with those of quarantine. For even when they are strictly managed, quarantines still entail a risk. For instance, in many countries, the quarantine period is six months. However, longer incubation periods have been reported in dogs (8.5 months after challenge) (67) and in other carnivores (12 months or more for foxes) (57). According to Sasaki and colleagues (55), Beynon determined that a quarantine period of nine months would be necessary to detect all cases of incubating rabies with a 95% degree of confidence.

748

# STUDIES IN CATS

## NEUTRALISING ANTIBODIES AFTER VACCINATION

Although fewer studies have been conducted on vaccination of cats against rabies, several of the characteristics observed in dogs were also observed in cats:

the kinetics of neutralising antibodies follow the same profile in the two species (8, 23, 64)

the relationship between the potency of vaccines and the level of neutralising antibodies: Lawson and colleagues (44) have shown that the less diluted modified live vaccines induced the highest rate of seroconversion in vaccinated cats (Table IX) but Lazarowicz and colleagues (45) obtained no correlation of the antigenic value of inactivated virus vaccines as determined by the NIH test and mean neutralising antibody titres in vaccinated cats; however, as for dogs, it is necessary to take account of the fact that the production of antibodies (and protection against challenge) obtained after administration of live virus vaccine (44) and inactivated virus vaccine (45) can show great divergence and are not readily comparable

the greater efficacy of intramuscular vaccination (59) (Table X).

### TABLE IX

*Laboratory cats: intramuscular vaccination with various vaccines, challenge with rabies virus fox strain five weeks and four years after vaccination*
(44)

| Vaccination | Cats with detectable antibodies just before challenge | Cats surviving challenge |
|---|---|---|
| **Five weeks before challenge** | | |
| ERA undiluted or diluted 1/10 | 19/19 | 19/19 |
| Inactivated virus vaccine undiluted or diluted 1/10 | 20/20 | 20/20 |
| ERA diluted 1/100 or 1/1,000 | 5/20 | 12/20 |
| HEP diluted 1/1,000 | 1/40 | 11/40 |
| Inactivated virus vaccine diluted 1/1,000 | 0/5 | 2/5 |
| None | 0/11 | 3/11 |
| **Four years before challenge** | | |
| ERA | 7/8 | 8/8 |
| None | 0/8 | 1/10 |

ERA: Elizabeth (Gavnor) Rokitnika Abelseth
HEP: high egg passage

Concerning the influence of age, Précausta and colleagues (53) described the good neutralising antibody response achieved by three month-old kittens, even those born of immune queens.

To our knowledge, Blancou and colleagues (18, 19) are the only authors who have tested vaccination results on owned cat populations. Pet cats appeared to respond well to the administration of an adjuvanted vaccine. In contrast, the same authors

749

TABLE X

*Laboratory cats: intramuscular vaccination with tissue culture adjuvanted vaccine, challenge with rabies virus NYC-Ga strain one to three years after vaccination*
(59)

| Vaccination | Cats with detectable antibodies just before challenge | Cats surviving challenge |
|---|---|---|
| **One year before challenge** | | |
| Yes (subcutaneous) | 5/5 | 5/5 |
| No | 0/4 | 0/4 |
| **Three years before challenge** | | |
| Yes (intramuscular) | 25/25 | 24/25 * |
| No | 0/10 | 1/10 |

* Prior to challenge, the cat which died of rabies had an antibody titre of 1/2 (endpoint neutralising dilution)

obtained mild or zero neutralising antibody responses when vaccinating cats sampled from stray populations in France. With stray cats, the worst result was obtained with non-adjuvanted vaccines: 5 of 9 individuals did not respond (Fig. 7).



laboratory cats      pet cats      stray cats

FIG. 7

**Influence of the breeding standards of cats on the level of rabies antibody reached one year after vaccination**
Comparison between laboratory cats, pet cats in France and stray cats in Tunisia
(19)

750

# LEVEL OF NEUTRALISING ANTIBODIES
# AND RESULT OF CHALLENGE

## Challenge under laboratory conditions

Although there are few field studies on the immunity of pet or stray cat populations, there are numerous laboratory studies on challenge of vaccinated cats (Tables IX to XII).

### TABLE XI

*Laboratory cats: subcutaneous vaccination with*
*tissue culture vaccine, challenge with rabies virus NYC-Ga strain*
*3.4 to 3.7 years after vaccination*
(64)

| Vaccination | Cats with antibodies >0.5 IU/ml 0-6 months before challenge | Cats surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| Non-adjuvanted vaccine | 8/8 | 8/8 | 0/5 |
| Adjuvanted vaccine | 5/5 | 5/5 | 0/5 |
| Adjuvanted vaccine | 8/11 | 10/10 | 1/10 |

### TABLE XII

*Laboratory cats: challenged with rabies virus NYC-Ga strain*
*four to six-and-a-half months after vaccination*
(42)

| Vaccination | Cats with antibodies >0.5 IU/ml just before challenge | Cats surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| Inactivated virus in cell culture | | | |
| antigenic value 0.9 * | 8/8 | 7/8 ** | |
| antigenic value 1.8 * | 5/8 | 8/8 | 0/16 |
| Modified live virus | | | |
| ERA | 2/8 | 3/8 *** | |

\* measured by the NIH test, expressed in IU/dose
\*\* The cat which died of rabies had a pre-challenge titre of 5 34 IU/ml
\*\*\* The cats which died of rabies had the lowest antibody titres

ERA. Elizabeth (Gaynor) Rokitniki Abelseth

Challenge was performed with a dog strain (NYC-Ga) mimicking the situation of canine street rabies (42, 61, 64) or, in other experiment, a fox strain mimicking the situation of sylvatic fox rabies in continental Europe (38, 44). With both strains, the general conclusion was the same as for dogs: the probability of a cat surviving challenge can be predicted by the level of neutralising antibodies. Of course, unexpected deaths can occur: Kihm and colleagues (42) reported a rabies death in

751

a cat which had a pre-challenge titre of 5.34 IU and Blancou and colleagues (18) in another cat with a pre challenge titre of 0.87 IU/ml.

The cumulative challenge results on cats reported by Bunn (26, 27) are described in Figure 8 and Tables XIII and XIV. With a neutralising antibody level of more than 0.1 IU (measured by MNT) or more than 0.2 IU (measured by RFFIT), all of the cats survived challenge.



■ virus neutralisation test in mice (MNT)    □ rapid fluorescent focus inhibition test (RFFIT)

approximately 20% (precise data not given)

FIG. 8

**Survival rate after challenge of laboratory cats correlated with the level of rabies antibody reached before challenge**
Cats were vaccinated with various vaccines and challenged one year after vaccination with NYC-Ga, fox or skunk strains; the number of cats in each class is written at the top of the bars
(27)

## Natural infection of vaccinated cats

The safety problem associated with the receptivity of cats to live virus vaccines such as Flury LEP and HEP or Street Alabama Dufferin (SAD) strain vaccines will not be reviewed here (11). But it should be remembered that while cats are the species with the largest number of rabies cases directly induced by the inoculation of live modified virus strains, other species such as dogs and foxes are also receptive (72).

752

### TABLE XIII

*Challenge results from rabies immunogenicity tests conducted
in dogs and cats with vaccines approved for use
in the United States of America*
(27)

| Vaccine | Antibody titre * | | | | |
| | <5 | 5-9 | 10-19 | 20-39 | ≥40 |
|---|---|---|---|---|---|
| Flury modified live vaccine | 1/50 ** | 0/16 | 0/26 | 0/15 | 0/40 |
| SAD modified live vaccine | 5/55 | 3/36 | 1/41 | 0/35 | 1/188 |
| SAD inactivated virus, tissue culture origin | 21/156 | 2/63 | 1/116 | 0/79 | 0/150 |
| Pasteur inactivated virus, tissue culture origin | 5/44 | 1/45 | 0/38 | 0/32 | 0/76 |
| Pasteur inactivated virus, nervous tissue origin | 13/133 | 2/62 | 5/73 | 1/34 | 0/164 |

\* antibody titres expressed as 50% endpoint neutralising dilutions established by either the virus neutralisation test in mice (MNT) or the rapid fluorescent focus inhibition test (RFFIT)
\*\* dead/challenged
SAD: Street Alabama Dufferin strain

### TABLE XIV

*Neutralising antibody titres in dogs and cats
and protection from challenge with rabies virus*
(26)

| Animals | Antibody test | Antibody titre * | | | | |
| | | <5 | 5-9 | 10-19 | 20-39 | ≥40 |
|---|---|---|---|---|---|---|
| Dogs | MNT | 56/251 ** | 9/100 | 9/92 | 1/63 | 0/171 |
| | RFFIT | 84/241 | 13/112 | 9/119 | 0/87 | 0/201 |
| | Total | 140/492 | 22/212 | 18/211 | 1/150 | 0/372 |
| Cats | MNT | 25/155 | 5/57 | 5/94 | 0/33 | 0/144 |
| | RFFIT | 17/87 | 3/59 | 1/62 | 1/49 | 1/187 |
| | Total | 42/242 | 8/116 | 6/156 | 1/82 | 1/331 |

\* antibody titres expressed as 50% endpoint neutralising dilutions established by either the virus neutralisation test in mice (MNT) or the rapid fluorescent focus inhibition test (RFFIT)
\*\* dead/challenged

Inactivated virus vaccines are employed on cats as they are more efficient in protecting the species against natural challenge. However, considering the results of challenge experiments on vaccinated cats, natural infection among vaccinated pet cats is suspected to be as frequent as for vaccinated dogs. But investigations on rabies cases in vaccinated cats are scarce: apart from the four cases reported in France (6) there appear to be no other reports. This discrepancy is due to the fact that dogs have been studied considerably more than cats.

# THE SIGNIFICANCE OF NEUTRALISING ANTIBODIES
# IN NON-VACCINATED CARNIVORES

## Non-specific and specific neutralising factors

Sekine and colleagues (58) found that sera of normal rabbits and guinea-pigs contained non-specific inhibitors capable of neutralising the virus in the presence of complement. In a well-conducted seroneutralisation on mice, inactivation of sera is performed for 30 minutes at 56°C. Virus inhibition by other substances was described in infected skunks and foxes (74). Infection by mycobacteria, e.g. Bacillus Calmette-Guérin (BCG), can also induce the production of rabies neutralising antibodies in mice and provide protection against rabies in a number of animals (70). Since more specific immunological tests (such as enzyme-linked immunosorbent assay: ELISA) have become widespread, non-specific neutralising factors have not generated further scientific reports.

In endemic areas, serosurveys in wild carnivores demonstrated a high proportion of apparently healthy individuals with neutralising antibodies in serum (54, 71) and it has been suggested that these antibodies may have been produced following contact with virus from other species and were, therefore, immunising but rarely fatal (12). However, the same observations have also been reported for dog populations in areas where dog rabies is endemic: in Thailand, in areas where no canine vaccination programme has ever been conducted, 15-20% of dogs had neutralising antibodies, yet remained perfectly normal when observed for prolonged periods (75); similar results had also been reported previously in other countries of Asia and in Africa (3, 36). These observations correlate with the high probability of inter-individual contamination within the reservoir species, which is not the case for pet populations in areas where rabies is endemic. The possibility of non fatal contamination of dogs by non-canine strains (e.g. those from wild animals living in the region) has also been proposed (20). Several questions thus arise regarding:

*a)* the specificity of serum titrations and the threshold level for protection against rabies

*b)* the possibility of rabies outbreaks in naturally seroconverted dogs, and the interval between seroconversion and the onset of clinical symptoms.

## Rabies infections

The viral infection triggers the production of neutralising antibodies. When a high dose of rabies virus reaches the central nervous system, neutralising antibodies are not detectable before or at the onset of clinical signs; they are usually induced by longer incubation periods. This phenomenon has been studied mainly in laboratory rodents, which supply the chief model of rabies immunopathology (49, 73). Unfortunately (but not surprisingly, considering the difficulty of handling rabid carnivores), there appears to be no literature on the frequency and intensity of neutralising antibody production in non-vaccinated infected cats and dogs. Some data can be found in articles by Artois and colleagues (4), Blancou and colleagues (17) and Fekadu (36) regarding latent or abortive rabies.

Bell and colleagues (10) proved that dogs which recovered from rabies after intracerebral inoculation of homologous strains, had high titres of neutralising antibody in the cerebrospinal fluid as well as in serum and retained these titres for

754

several months, whereas vaccinated dogs did not have high cerebrospinal fluid titres. Murphy and colleagues (48) demonstrated the same phenomenon in cats.

Bell and colleagues (9) were the first to apply cerebrospinal fluid titration for an epidemiological survey. Of 120 dogs sampled in an area where rabies was enzootic (Buenos Aires), none was found to be positive; thus, it cannot be concluded that non fatal rabies is common.

Blenden and colleagues (21) have suggested that the kinetics of antibody levels in blood and cerebrospinal fluid should be compared, to determine whether specific antibodies have been produced by infection or by immunisation. Without a booster after a first blood and cerebrospinal sampling, the antibody level should remain stable in cases of immunisation, or increase in cases of infection. In fact, such procedures have never been routinely used anywhere. Indeed, given the variability of the titration test, the constancy of an antibody titre over time is difficult to verify even in a vaccinated animal.

Given the lack of easily-performed experimental methods, the only basis for considering that an individual dog or cat possessing rabies neutralising antibodies has been vaccinated is good individual identification and certification.

## DISCUSSION

Laboratory conditions described in the challenge of vaccinated cats and dogs generally appear more severe than natural conditions of challenge in the field. In normal practice, experimenters use extremely long intervals between vaccination and challenge (three to five years) and high virus doses involving 100% mortality in controls. In areas contaminated by fox rabies, natural challenge is not as severe for dogs and this could compensate for the fact that the health status of pets may be lower than that of dogs bred in the laboratory. Epidemiological observation is by far the more important evidence; in continental Europe, rabies vaccination of cats and dogs is so efficient that where the annual risk of a fatal case of rabies has been evaluated for a vaccinated pet, this risk is minute (1/6,980,000). It is also noteworthy that in continental Europe, fox rabies has never been propagated by domestic animals from an enzootic area to a free one     even if administrative rules concerning compulsory confinement, leashing or vaccination have sometimes been broken either deliberately or by the simple fact that rabid pets have escaped from their owners.

If a neutralising antibody titration was required for certifying the immunological capacity of vaccinated animals, two questions would arise regarding:

  *a)* the choice of techniques for antibody titration

  *b)* the definition and acceptance of a minimum antibody titre considered as providing protection against rabies.

A general analysis of challenge experiments leads to the conclusion that neutralising antibody titres enable prediction of survival more often on a qualitative basis (i.e. Do the animals have detectable neutralising antibodies or not?) than on a quantitative basis. This fact becomes apparent when one tries to determine a "protective" threshold. For this purpose, either method of seroneutralisation (RFFIT

755

or MNT) can be employed, provided a correlation between the two methods has been demonstrated in the same laboratory (14, 66).

Agreements on the international transfer of dogs and cats could be formulated, therefore, based on a designated minimum level of neutralising antibodies, and could be proposed as an alternative to quarantine measures. The designated threshold could be based on the results presented in this study. The security of the protection constituted by this threshold would be increased by the extent to which it excedes the level recognised as effective against experimental challenge in cats and dogs (0.1 IU/ml and 0.2 IU/ml, respectively, measured by RFFIT).

## ACKNOWLEDGEMENT

The author wishes to express his gratitude to Dr J. Blancou for kindly revising the manuscript of this paper.

\*
\* \*

## SIGNIFICATION PRATIQUE DES ANTICORPS RABIQUES CHEZ LE CHAT ET LE CHIEN.   M.F.A. Aubert.

*Résumé : Le rôle protecteur des anticorps sériques neutralisant le virus rabique a parfois été mis en doute. Mais même si les patients ou les animaux qui meurent de rage peuvent produire des anticorps à des titres élevés, même si des cas de rage ont été décrits chez des animaux préalablement vaccinés et même si la composante cellulaire de l'immunité peut participer pour une bonne part à la protection, un très grand nombre d'expériences de laboratoire et d'observations de terrain prouvent que les chats et les chiens qui ont produit des anticorps neutralisants spécifiques après la vaccination et avant l'épreuve virulente ont une probabilité très élevée de survivre à une épreuve virulente, quelle que soit la dose ou la souche virale utilisée.*

*En conséquence, le titrage des anticorps neutralisant le virus rabique peut constituer une garantie supplémentaire au certificat de vaccination des carnivores domestiques lors des transferts internationaux. Les modalités de quarantaine devraient aussi être adaptées aux données épidémiologiques de la rage qui sévit dans le pays d'origine de ces carnivores. Ces données peuvent être, par exemple, les statistiques des échecs vaccinaux chez ces espèces ainsi que le caractère d'adaptation aux différentes espèces hôtes, des souches de virus rabique qui circulent dans ces pays.*

MOTS-CLÉS : Anticorps neutralisant   Chat   Chien   Rage - Survie à l'épreuve.

\* \*
\* \*

## SIGNIFICADO PRÁCTICO DE LOS ANTICUERPOS ANTIRRÁBICOS EN EL GATO Y EL PERRO.   M.F.A. Aubert.

*Resumen: Los anticuerpos antirrábicos seroneutralizantes han sido a menudo sospechados de no conferir una buena protección contra la rabia. Es cierto que en los casos humanos y animales de muerte por rabia, los sujetos pueden producir*

756

*altos índices de anticuerpos; se han observado también casos de rabia en animales que habían sido previamente vacunados; enfín, la inmunidad celular puede efectivamente actuar sobre la protección. Sin embargo, a pesar de estos hechos, numerosas pruebas de laboratorio y observaciones de campo han demostrado que los gatos y perros que producen anticuerpos neutralizantes específicos después de haber sido vacunados y antes de ser sometidos a la prueba virulenta, tienen probabilidades muy altas de sobrevivir a dicha prueba, cualquiera sea la dosis o la cepa viral empleada.*

*Por lo tanto, además del certificado de vacunación, la indicación de los títulos de anticuerpos neutralizantes antirrábicos puede constituir una garantía adicional durante el transporte internacional de carnívoros domésticos. Las medidas de cuarentena igualmente deben ser adaptadas a la situación epidemiológica de la rabia en el país de origen de los animales. Los datos epidemiológicos relevantes son, por ejemplo, las estadísticas relativas a los fracasos de la vacunación en dichas especies, así como las características de adaptación de las cepas de virus rábico existentes en esos países a diferentes especies huéspedes.*

PALABRAS CLAVE: Anticuerpos neutralizantes - Gato   Perro - Rabia - Resistencia a la prueba.

## REFERENCES

1.  AGHOMO H.O. & RUPPRECHT C.E. (1990).   Antigenic characterisation of virus isolates from vaccinated dogs dying of rabies. *Trop. Anim. Hlth Prod.*, **22**, 275 280.

2.  AGHOMO H.O. & RUPPRECHT C.E. (1990).   Further studies on rabies virus isolated from healthy dogs in Nigeria. *Vet. Microbiol.*, **22**, 17 22.

3.  ANDRAL L. & SERIE C. (1965).   Etude expérimentale sur la rage en Ethiopie. *Ann. Inst. Pasteur*, **108**, 442-450.

4.  ARTOIS M., AUBERT M.F.A., BLANCOU J. & PERICARD M. (1984).   Rage expérimentale du chat : sensibilité   symptômes   excrétion du virus. *Rev. Méd. vét.*, **135** (5), 281 287.

5.  ATANASIU P. (1973).   Quantitative assay and potency test of antirabies serum and immunoglobulin. *In* Laboratory technique in rabies, 3rd Ed. WHO, Geneva, 314 318.

6.  AUBERT M.F.A. & BARRAT J. (1991).   Les échecs de vaccinations chez les animaux domestiques. *Bull. Epidémiol. mensuel Rage anim. France*, **21** (5), 1.

7.  BARTH R. & JAEGER O. (1977).   Zur Prufung der Immunitats Dauer von Tollwutkombinationsvaccinen am Hund. *Die blauen Hefte für den Tierarzt*, **57**, 337 346.

8.  BARTH R., GRUSCHKAU H. & JAEGER O. (1985).   Chick embryo cell inactivated rabies vaccine for veterinary use. Laboratory and field experience. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 241 248.

9.  BELL J.F., GONZALEZ A.M., DIAZ B. & MOORE G.J. (1971).   Nonfatal rabies in dogs. Experimental studies and results of a survey. *J. Am. vet. Res.*, **32** (12), 2049-2058.

10. BELL J.F., SANCHO M.I., DIAZ A M. & MOORE G.J. (1972)   Nonfatal rabies in an enzootic area. Results of a survey and evaluation of techniques. *Am. Epidemiol.*, **95** (2), 190 198.

11  BELLINGER D.A., CHANG J., BUNN T.O., PICK J.R., MURPHY M. & RAHIJA R. (1983).   Rabies induced in a cat by high egg passage Flury strain vaccine. *J. Am. vet. med. Ass.*, **183**, 997.

757

12. BLANCOU J. (1988).    Ecology and epidemiology of fox rabies. *Rev. infect. Dis.*, **10** (Suppl. 4), S606 S609.

13. BLANCOU J., AUBERT M.F.A., TOMA B. & ANDRAL L. (1980).    Immunité humorale du chien après primo vaccination contre la rage : étude dans les conditions de la pratique. *Recl Méd. vét.*, **150** (4), 313 318.

14. BLANCOU J., AUBERT M.F.A. & CAIN E. (1983).    Comparaison de quatre techniques de titrages sérologiques des anticorps contre le virus de la rage chez le chien. *J. biol. Standard.*, **11**, 271-277.

15. BLANCOU J., AUBERT M.F.A. & SOULEBOT J.P. (1983).    Différences dans le pouvoir pathogène de souches de virus rabique adaptées au renard ou au chien. *Ann. Inst. Pasteur Virol.*, **134**E, 523 531.

16. BLANCOU J., FIRON J.P. & FIRON P.E. (1983). – Défaut de réaction immunitaire du chien après vaccination contre la rage. Etude d'un cas. Conséquence. *Rec. Méd. vét.*, **159** (10), 789 793.

17. BLANCOU J., AUBERT M.F.A. & PERRIN G. (1985).    Rage expérimentale du chien. Sensibilité, symptôme, excrétion du virus. Réaction immunitaire et résistance trois ans après vaccination. *Rev. Méd. vét.*, **136** (2), 147 152.

18. BLANCOU J., ARTOIS M., BARRAT J. & PRAVE M. (1986).    Vaccination du chat contre la rage : taux d'anticorps et résistance à l'épreuve un an après vaccination. *Rev. Méd. vét.*, **137** (17), 29-36.

19. BLANCOU J., AUBERT M.F.A., PRAVE M. & HADDAD N. (1986).    Influence du statut sanitaire des Carnivores sur leur capacité à s'immuniser contre la rage. *Sci. Tech. Anim. Lab.*, **11** (3), 237-242.

20. BLANCOU J., SORIA BALTAZAR R., ARTOIS M., TOMA B. & ROLLIN P. (1989).    Rabies despite pre- or post-exposure vaccination. *In* Progress in rabies control (O. Thraenart, H. Koprowski, K. Bogel & P. Sureau, eds). Wells Medical, 441-447.

21. BLENDEN C.D., TORRES ANJEL M.J. & SATALOWITCH F.T. (1985).    Applications of laboratory technology in the evaluation of the risk of rabies transmissions by biting dogs and cats. *Adv. Anim. Welfare Sci.*, 221-246.

22. BROWN A.L., MERRY D.L. & BECKENHAUER W.H. (1973).    Modified live virus rabies vaccine produced from Flury high egg passage virus grown on an established canine-kidney cell line: three-year duration of immunity study in dogs. *J. Am. vet. Res.*, **34** (11), 1427-1432.

23. BRUN A., CHAPPUIS G., PRECAUSTA P. & TERRE J. (1976).    Immunisation des chats contre la panleucopénie et la rage. *Rev. Méd. vét.*, **127** (11), 1575 1580.

24. BUNN T.O. (1983).    Rabies vaccine for use in dogs. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, M. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 262-273.

25. BUNN T.O. (1985).    Rabies vaccine for use in dogs. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, M. Koprowski & K. Bogel, eds). Springer Verlag, 221-226.

26. BUNN T.O. (1991).    Cat rabies. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 379 387.

27. BUNN T.O. (1991).    Canine and feline vaccines, past and present. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 415 425.

28. BUNN T.O. & RIDPATH M.D. (1983).    The relationship between rabies antibody titers in dogs and protection from challenge. *Rabies Info. Exch.*, **8**, 43-45.

29. BUNN T.O., RIDPATH H.D. & BEARD P.D. (1984).    The relationship between rabies antibody titers in dogs and cats and protection from challenge. *Rabies Info. Exch.*, **11**, 8 13.

30. CHAPPUIS G. & TIXIER G. (1982).    Etude de la relation existant entre le titre NIH et les anticorps séroneutralisants obtenus après vaccination chez les chiens. *Comp. Immun. Microbiol. infect. Dis.*, **5** (1-3), 151-157.


31. CHOMEL B., CHAPPUIS G., BULLON F., CARDENAS E., DE BEUBLAIN T.D., MAUFRAIS M.C. & GIAMBRUNO E. (1987). – Serological results of a dog vaccination campaign against rabies in Peru. *Rev. sci. tech. Off. int. Epiz.*, **6** (1), 97-113.

32. DEAN D.J., EVANS W.M. & THOMPSON W.R. (1964). – Studies on the low egg passage Flury strain of modified live rabies virus produced in embryonating eggs and tissue culture. *Am. J. vet. Res.*, **25**, 756-763.

33. DERBYSHIRE J.B. & MATTHEWS K.A. (1984). Rabies antibody titres in vaccinated dogs. *Can. vet. J.*, **25**, 383-385.

34. ENG T.R. & FISHBEIN D.B. (1990). Epidemiological factors, clinical findings and vaccination status of rabies in cats and dogs in the United States in 1988. *J. Am. vet. med. Ass.*, **197** (2), 201-209.

35. ENGELS M., FLUCKIGER M., KNUSLI K. & WYLER R. (1982). Der Immunstatus gegen Tollwut bei 200 geimpften Hunden aus dem Kanton Zürich. *Schweizer Arch. Tierheilk.*, **124**, 149-156.

36. FEKADU M. (1991). Latency and aborted rabies. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 191 198.

37. FUENZALIDA E. (1967). Estado actual de desarrollo de la vacuna antirrábica preparada de cerebros de ratones lactantes en Latinoamérica. *In* First International Seminar on Rabies, Buenos Aires, 417.

38. GANIERE J.P., ANDRE-FONTAINE G., BLANCOU J., ARTOIS M. & AUBERT A. (1989). Vaccination antirabique du chien et du chat : taux d'anticorps et résistance à l'épreuve virulente deux ans après l'injection de rappel d'un vaccin additionné d'adjuvant. *Rev. Méd. vét.*, **140** (4), 281-285.

39. HEMACHUDHA T. (1989). Rabies. *In* Handbook of clinical neurology. Viral diseases (P.J. Vinken, G.W. Bruyn & H.L. Klawans, eds). Elsevier, 383-404.

40. HIRAYAMA N., RAHARJO JUSA E., AENY ROCHMAN NOOR M., SAKAKI K. & OGATA M. (1990). Immune state of dogs injected with rabies vaccines in the West Java, Indonesia. *Jpn. J. vet. Sci.*, **52** (5), 1099-1101.

41. KAEBERLEE M.L. (1958). Newer tools for the prevention of rabies in domestic animals. *Ann. N.Y. Acad. Sci.*, **70** (3), 467 477.

42. KIHM U., LAZAROWICZ M., BOMMELI W. & ZUTTER R. (1982). Potency of two rabies vaccines in cats as determined by antibody assay and virulent virus challenge. *Comp. Immun. Microbiol. infect. Dis.*, **5** (1-3), 227 232.

43. KOUTCHOUKALI M.A., BLANCOU J., CHAPPUIS G., TIXIER G., ELOIT M., GANIERE J.P., CHANTAL J., SIMON S., BERTHIER A. & TOMA B. (1985). Réponse sérologique du chien après primovaccination antirabique à l'aide de vaccins adjuvés ou non. *Ann. Rech. vét.*, **16**, 345-349.

44. LAWSON K.F. & CRAWLEY J.F. (1972). – The ERA strain of rabies vaccine. *Rev. can. Méd. comp.*, **36**, 339-344.

45. LAZAROWICZ M., KIHM V., BOMMELI W. & ZUTTER R. (1982). Potency testing of inactivated rabies vaccines in mice, dogs and cats. *Comp. Immun. Microbiol. infect. Dis.*, **5** (1 3), 233-235.

46. MERRY D.L., BROWN A.L. & BECKENHAUER W.H. (1970). Subcutaneous vs. intramuscular inoculation of dogs. *Vet. Bull.*, **40**, 190.

47. MERRY D.L. & KOLAR J.R. (1984). A comparative study of four rabies vaccines. *Vet. Med. small Anim. Clin.*, **79** (5), 661 664.

48. MURPHY A.F., BELL F.J., BAUER S.D., GARDNER J.J., MOORE G.J., HARRISON A.K. & COE E.J. (1980). Experimental chronic-rabies in the cat. **43** (3), 231-241.

49. NATHANSON N. & GONZALES SCARANO F. (1991). Immune response to rabies virus. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 145-161.

50. PRAVE M. (1985).    Mesures conservatoires légales appliquées aux animaux contaminés de rage en France. Bilan après 8 ans (1976 1984). *In* Pasteur et la rage (R. Rosset, ed.). *Infos tech. Serv. vét.*, **92-95**, 264S-269S.

51. PRECAUSTA P. (1972).    Vaccin antirabique inactivé à usage vétérinaire préparé à partir de culture cellulaire. *Symp. Ser. immunobiol. Stand.*, **21**, 162-178.

52. PRECAUSTA P., SOULEBOT J.P., BUGAND M., BRUN A. & CHAPPUIS G. (1982). Modalités de production et immunité conférée par un vaccin antirabique inactivé provenant de culture cellulaire. *Comp. Immun. Microbiol. infect. Dis.*, 5, 217 226.

53. PRECAUSTA P., SOULEBOT J.P., CHAPPUIS G., BRUN A., BUGAND M. & PETERMANN M.G. (1985).    NiL cell inactivated tissue culture vaccine against rabies. Immunisation of Carnivores. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 227 240.

54. ROSATTE R.C. & GUNSON J.R. (1984).    Presence of neutralizing antibodies to rabies virus in striped skunks from areas free of skunk rabies in Alberta. *J. Wildl. Dis.*, **20** (3), 171 176.

55. SASAKI D.M. & GOOCH J.M. (1983).    Cost effectiveness of Hawaii's anti rabies quarantine program. *Hawaii med. J.*, **42**, 157-160.

56. SASAKI D.M. & GOOCH J.M. (1992).    Rabies serosurvey of quarantine pets and mongooses. Report presented to the 16th State Legislature, 75 pp.

57. SCHMIDT R.C. & SIKES R.K. (1968).    Immunisation of foxes with inactivated virus rabies vaccine. *J. Am. vet. Res.*, **29** (9), 1843-1849.

58. SEKINE N. & YOSHINO K. (1974).    Inhibitors against rabies virus present in normal rabbit sera. *Arch. ges. Virusforsch.*, **45**, 89 98.

59. SHARPEE R.L., NELSON L.O. & BECKENHAUER W.H. (1985).    Inactivated tissue culture rabies vaccine with three years immunogenicity in dogs and cats. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 262 273.

60. SIKES R.K. (1971).    Evaluation of canine rabies vaccine. *In* Rabies (Y. Nagano & F.M. Davenport, eds). University Park Press, Baltimore, London & Tokyo, 343 361.

61. SIKES R.K., PEACOCK G.V., ACHA P.L., ARKO R.J. & DIERKS R. (1971).    Rabies vaccines: duration of immunity. Study in dogs. *J. Am. vet. med. Ass.*, 1491 1499.

62. SMITH J.S., YAGER P.A. & BAER G.M. (1973).    A rapid reproductible test for determining rabies neutralizing antibody. *Bull. Wld Hlth Org.*, **48**, 535 541.

63. SOULEBOT J.P., STELLMANN CH., BORNAREL P., PETERMANN H.G., LANG R. & BRANCHE R. (1970).    Influence de la voie d'inoculation des vaccins antirabiques chez le chien. *Bull. Soc. Sci. vét. méd.*, **72**, 409 417.

64. SOULEBOT J.P., BRUN A., CHAPPUIS G., GUILLEMIN F., PETERMANN H.G., PRECAUSTA P. & TERRE J. (1981).    Experimental rabies in cats: immune response and persistence of immunity. *Cornell Vet.*, **71** (3), 311-325.

65. TEEPSUMETHANON W., POLSUWAN C., LUMLERTDAECHA B., KHAWPLOD P., HEMACHUDHA T., CHUTIVONSGE S., WILDE H., CHIEWBANIRUNGKIAT M. & PHANUPHAK P. (1991).    Immune response to rabies vaccine in Thai dogs: a preliminary report. *Vaccine*, 9, 627 630.

66. THRAENART O., RAMAKRISHNAN K., JAGER O. & MARCUS I. (1989).    Antibody induction determined by the mouse neutralization test, rapid fluorescent focus inhibition test, and Essen enzyme linked immunoadsorbent assay is correlated. *In* Progress in Rabies Control (O. Thraenart, H. Koprowski, K. Bogel & P. Sureau, eds). Wells Medical, 384-402.

67. TIERKEL E.S., KOPROWSKI H., BLACK J. & GORRIE R.H. (1949).    Preliminary observations in the comparative prophylactic vaccination of dogs against rabies with living virus vaccines and phenolized vaccine. *J. Am. vet. Res.*, **10**, 361.

760

68. TOMA B., KOUTCHOUKALI M.A., BLANCOU J., CHAPPUIS G., TIXIER G. & ELOIT M. (1985).     Vaccination of dogs against rabies. Comparison of serological responses one year after intradermal or subcutaneous vaccination. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bögel, eds). Springer Verlag, Berlin, 255-261.

69. TOMA B., KOUTCHOUKALI M.A., BLANCOU J., ELOIT M., GANIERE J.P. & CHANTAL J. (1987). – Vaccination antirabique du chien : réponse sérologique comparée un an après premier rappel à l'aide de vaccin contenant un adjuvant. *Rev. Méd. vét.*, **138**, 905 911.

70. TSIANG H., BLANCOU J. & LAGRANGE P.H. (1981).     BCG modulation of delayed type hepersensitivity, humoral response and acquired resistance after rabies vaccination. *Arch. Virol.*, **69**, 167 176.

71. WANDELER A., WACHENDORFER G., FORSTER U., KREKEL H., MULLER J. & STECK F. (1974).     Rabies in wild carnivores in Central Europe. *Zentbl. VetMed., B*, **21**, 757-764.

72. WHETSONE C.A., BUNN T.O., EMMONS R.W. & WIKTOR T.J. (1984).     Use of monoclonal antibodies to confirm vaccine induced rabies in ten dogs, two cats and one fox. *J. Am. vet. med. Ass.*, **185**, 285.

73. WIKTOR T.J. (1978).     Cell mediated immunity and post exposure protection from rabies by inactivated vaccines of tissue culture origin. *Dev. biol. Stand.*, **40**, 255-264.

74. WILSNACK R.E. & PARKER R.I. (1966).     Pathogenesis of skunk rabies virus: rabies inhibiting substance as related to rabies diagnosis. *J. Am. vet. Res.*, **27** (116), 39-43.

75. YASMUTH C., NELSON K.E., LAIMA T., SUPAWADEE J. & THAIYANANT P. (1983). Prevalence of abortive canine rabies in Chiang Mai, Thailand. *J. med. Ass. Thai.*, **66**, 169-175.

———————

*Rev. sci. tech. Off. int. Epiz.*, 1992, **11** (3), 735 760

# Practical significance of rabies antibodies in cats and dogs

M.F.A. AUBERT *

*Summary: Doubt has sometimes been cast upon the protective effect of rabies antibodies in serum. Animals and humans suffering from fatal rabies often produce high antibody titres, while rabies cases are also observed in vaccinated animals. Cellular immunity is also largely involved in protection. Nevertheless, a large number of laboratory experiments and field observations clearly demonstrate that cats and dogs which develop antibodies after vaccination and before challenge have a very high probability of surviving any challenge, no matter how strong the dose and which virus strain was used.*

*Rabies antibody titration can, therefore, afford a strong additional guarantee to the vaccination certificates accompanying domestic carnivores during transportation between countries. Quarantine rules should also be adapted to the epidemiological features in the exporting country, e.g. statistics of vaccination failure in cats and dogs and host-virus adaptation of the rabies strains circulating in these countries.*

KEYWORDS: Antibodies   Cats - Dogs - Rabies - Survival to challenge.

## INTRODUCTION

Cats and dogs can introduce rabies into disease free countries if they are incubating the disease and are transported during the pre-symptomatic phase. To prevent such introduction, vaccination is recommended. The present article reviews publications dealing with rabies protection afforded to cats and dogs by vaccination.

Only the parenteral route of vaccination will be considered, as the oral route is employed only for wandering and non-restrained carnivores; extensive results for individual cats and dogs are unavailable. Also, since oral vaccination could mobilise immunity pathways other than those obtained parenterally, the results with one procedure may be not transposable to the other.

Furthermore, no consideration will be given here to the results of vaccination after exposure, which does little, if anything, to alter disease (20).

Emphasis will be given to the most common method for measuring rabies immunisation: assays for **rabies virus neutralising antibodies in serum** (henceforth referred to as "neutralising antibodies"). The practical significance and consequences of rabies virus neutralising antibodies in cats and dogs are considered; namely, to what extent do neutralising antibody titres confer protection against subsequent challenge?

---

* Centre national d'études vétérinaires et alimentaires, Laboratoire d'études sur la rage et la pathologie des animaux sauvages, B.P. 9, 54220 Malzéville, France.

736

   No consideration will be given to the question of whether real protection against challenge is provided by neutralising antibodies and/or other immunity factors. Titres of neutralising antibodies in serum are simply viewed as the easiest means of evaluating the likelihood that a cat or dog will not contract rabies following exposure.

## STUDIES IN DOGS

### NEUTRALISING ANTIBODIES AFTER VACCINATION

**General considerations**

   The kinetics obtained for neutralising antibodies after vaccination have been thoroughly described in the literature. The curve of neutralising antibodies after vaccination and boosters follows the pattern generally observed with other antigens: seroconversion and rapid rise of the level of neutralising antibodies after first vaccination, followed by a slow decrease, a new rise after booster to reach a higher level than previously observed, then a new decrease leading to a stabilised higher level (Fig. 1) (8, 51, 63). The decrease of neutralising antibody levels has been evaluated



FIG. 1

Kinetics of rabies neutralising antibodies in sera of
laboratory dogs vaccinated with a tissue culture vaccine
Variations according to vaccination route and antigenic value
of the vaccine as measured by the NIH test
(63, 64)

737

in domestic populations of owned dogs in several countries: in Canada, titres of neutralising antibodies in the sera of dogs showed a clear division between, on the one hand, dogs vaccinated or revaccinated one year before and, on the other hand, dogs revaccinated three weeks before (33). Data from Thailand and Java show that the neutralising antibody titre decreases very rapidly after 60 to 120 days to levels 5 to 25 fold less than the highest point reached during the kinetics (Fig. 2) (40, 65). The higher level of neutralising antibodies obtained when owned dogs are vaccinated several times has been described by Sasaki and colleagues (55, 56).



**FIG. 2**

**Kinetics of rabies neutralising antibodies in sera of owned dogs of various ages in Thailand after one subcutaneous vaccination with a tissue culture vaccine**
The number of dogs sampled was
54 at day 0 and 31 at day 360
(65)

With regard to the production of neutralising antibodies and the relation of these antibodies to protection against challenge, a clear distinction must be made between live virus vaccines and inactivated virus vaccines. These two types of vaccine cannot be directly compared. The best relation between antibody production and protection has always been obtained with inactivated virus vaccines and it is, therefore, the latter which will be considered in greater detail, especially as they currently represent the only type of vaccine authorised in a great many countries.

738

## High individual variability

In laboratory dogs bred and kept under the same conditions and in comparable health, neutralising antibody titres obtained after the same form of vaccination commonly range from zero to twenty international units (IU) or more per ml (19, 51, 53).

## Influence of vaccine types and potency

The first complete study of live virus vaccines was published by Dean and colleagues (32). This study established a correlation between antibody production and resistance to challenge, which was confirmed by later studies (see below). As far as inactivated virus vaccines are concerned, besides individual variation, the level of neutralising antibodies in serum correlates positively with the antigenic value of the vaccine as determined by the American National Institutes of Health (NIH) test. This observation is common in the course of vaccine production and control on laboratory dogs (Fig. 1) (47, 63). The influence of the antigenic value of the vaccine on the level of neutralising antibodies has also been demonstrated in domestic populations of owned dogs; in Switzerland, Engels and colleagues (35) showed that in owned dogs, higher titres were generally obtained with inactivated vaccines than with live (and less potent) vaccines.

However, when inactivated virus vaccines with an antigenic value (as measured by the NIH test) equal to or greater than 1.0 IU per dose are employed, no correlation can be shown between the level of neutralising antibodies in individual dogs and the titre of the vaccine. This result was first demonstrated in owned dogs to in France by Blancou and colleagues (13). In this experiment, dogs were sampled randomly from populations living under various conditions and were vaccinated with a range of commercially available vaccines. Chappuis and colleagues (30) and Lazarowicz and colleagues (45) used laboratory dogs to investigate whether the administration of vaccines from the same producer would entail a correlation between the NIH titre of vaccines and the level of neutralising antibody response. Even under standardised conditions, no correlation was found. The same conclusion can be drawn from the results of Barth and colleagues (7).

In summary, a significant variation of neutralising antibody response can be shown only under a broad range of vaccine potencies (61). When the potencies of commercial inactivated virus vaccines are fairly high, the neutralising antibody response will be related only to the immune responses of individual dogs.

## Influence of the route of vaccination

Since Pasteur, the route of vaccination has been subcutaneous (s.c.). Fuenzalida in 1967 demonstrated that the intramuscular (i.m.) route resulted in higher neutralising antibody titres in sera of dogs (37). Apart from Merry (46), who found no clear advantage for the i.m. over the s.c. route, the results obtained by Fuenzalida were largely confirmed (22, 25, 63). However, the advantage of the i.m. route diminishes with high potency vaccines (Fig. 1) (63) and the use of adjuvanted vaccines renders the i.m. route excessively painful. Adjuvants confer a longer lasting immunity, which can be obtained with a smaller quantity of antigen, as first demonstrated on laboratory dogs (52), then on owned dogs (43, 68, 69). Despite the use of smaller quantities of antigen and a reduced vaccination schedule (less frequent boosters), the neutralising antibody levels reached after one, two or three years with adjuvanted vaccines were

739

equivalent to those reached with non-adjuvanted vaccines given according to the usual schedule (two injections of vaccine the first year, with annual boosters).

The importance of the vaccination route was clearly demonstrated with intradermal injection of vaccine in dogs (68). Unfortunately, the advantages of an enhanced response obtained with a minute dose of vaccine (2×0.1 ml) were offset by the fact that intradermal injection must be performed on the inside of the ear and, hence, this procedure must be conducted dangerously near the mouth of the animal.

### Influence of age

It has been shown that dogs 11-16 weeks of age respond better to Flury low egg passage (LEP) or high egg passage (HEP) vaccine than dogs 5-10 weeks of age (81% vs. 38% protection from challenge, respectively) (41). The relationship between the age of animals and protection from challenge was confirmed in a laboratory study by Bunn in three- to five-month-old pups. Three months after vaccination with Flury LEP vaccine, ten of forty pups had antibody titres below 1/5 (24, 25).

A survey on owned dogs in France showed that even beyond three months of age, older dogs produced higher titres (Fig. 3) (13).



### FIG. 3

**Correlation between rabies antibody level reached after one vaccine injection and age of dogs**
Study conducted on 66 owned dogs in France
(13)

740

The influence of age on the neutralising antibody response in dogs was also clearly demonstrated on owned dogs in Thailand by Teepsumethanon and colleagues (65). These authors described the kinetics of neutralising antibodies in three age groups: 3 weeks to 3 months, 6 to 12 months, and more than 12 months. Whenever the mean level of neutralising antibodies was evaluated after vaccination, the older dogs had the highest levels of response. Given the difficult conditions prevailing in Thailand, the superior response of older dogs could also be related to the increased life expectancy of dogs with a more powerful immune system (Fig. 2).

The presence of specific neutralising antibodies transmitted to puppies via colostrum impedes development of active immunity. The interference between passive neutralising antibodies of maternal origin and active immunisation has been studied by Précausta (52, 53). Puppies of non immune bitches vaccinated at the age of one month respond with the same neutralising antibody level as puppies vaccinated at seven months of age. Puppies of immune bitches vaccinated at one month of age show neutralising antibody levels which decrease according to the same kinetics as unvaccinated members of the same litter.

After ten weeks (44) to twelve weeks (52), no traces of maternal neutralising antibodies remain. Surveys in pet dog populations where systematic vaccination of adult dogs is practised (in France and elsewhere) have confirmed that no further interference between active and passive immunity occurs beyond this age (53).

**Influence of the health and breeding status of dogs**

Blancou and colleagues (19) compared the proportion of individuals developing neutralising antibodies in 64 dogs after the administration of adjuvanted or non-adjuvanted vaccines. This rate may vary considerably depending on the category of dog (bred for laboratories, belonging to individuals in France or uncontrolled in Tunisia). The rate drops from 100% to 59% in the case of semi-stray dogs as compared to laboratory dogs (Fig. 4). Urban dogs in Lima (Peru) exhibited better rates than in Tunisia, but the rates were still lower than in dogs kept under laboratory conditions (31). Although the health status of these populations had not been measured in the previous studies, this status is probably responsible for the differences observed by Teepsumethanon and colleagues (65) in Thailand: Thai pet dogs which had received one s.c. dose of rabies vaccine exhibited a better neutralising antibody response when they did not suffer from anaemia (Fig. 5). In 440 pets under quarantine in Hawaii, Sasaki and colleagues (56) demonstrated that those with internal parasites had significantly lower levels of neutralising antibodies than those without parasites.

LEVEL OF NEUTRALISING ANTIBODIES IN SERA
AND RESULTS OF CHALLENGE

**Challenge under laboratory conditions**

In view of the serious problem posed by rabies, challenge of previously vaccinated dogs has often been performed even when a large proportion of the dogs under experiment exhibited a seroconversion. Moreover, such challenges are performed in response to doubts which have sometimes been cast on the significance of neutralising antibodies to rabies, due to the fact that high titres have been measured in human beings and animals dying of rabies. In fact, very few diseases show so clear a correlation as in rabies between seroconversion **before** challenge and protection from challenge.

741



**FIG. 4**

**Influence of the breeding standards of dogs on the level
of rabies antibody reached one year after vaccination**
Comparison of laboratory dogs, pet dogs in France
and stray dogs in Tunisia
(19)



**FIG. 5**

**Influence of the health status of Thai dogs on the level
of rabies antibody reached after one vaccination**
Comparison of dogs with or without anaemia
(65)

742

In the context of movement of dogs between countries, it is possible to check the efficiency of previous vaccinations. A large number of reports can be summarised by the simple comparison of the proportion of dogs surviving challenge vs. the proportion of dogs with detectable neutralising antibodies in serum just before challenge (i.e. theoretically when the neutralising antibody level is lowest). These summaries are given in Tables I to VIII.

Sikes and colleagues (62) employed several types of vaccine on dogs and challenged them one or three years after vaccination (Tables I and II). Sikes (61) commented on the three-year experiment as follows: "In this study, as in many others, presence of neutralising antibodies to rabies at the time of challenge did not indicate protection for all of the animals. Likewise, absence of neutralising antibodies in serum at the time of challenge did not mean the animals were unprotected. However, there was strong statistical significance ($P < 0.1$) that animals with neutralising antibodies at the time of challenge were better protected than those with no detectable neutralising antibodies."

**TABLE I**

*Laboratory dogs: one intramuscular vaccination
with various vaccines, challenge with rabies virus NYC-Ga strain
one year after vaccination*
(61)

| Vaccine | Dogs with antibodies just before challenge (%) | Dogs surviving challenge |
|---|---|---|
| **Experiment 1** | | |
| LEP tissue culture | 88 | 9/10 |
| LEP tissue culture | 73 | 10/10 |
| ERA tissue culture | 73 | 10/10 |
| LEP chicken embryo | 70 | 10/10 |
| HEP tissue culture | 63 | 10/10 |
| CVS adjuvanted | 13 | 7/10 |
| None | 0 | 0/10 |
| **Experiment 2** | | |
| Suckling mouse brain | 95 | 10/10 |
| Suckling mouse brain | 67 | 10/10 |
| None | 0 | 0/10 |

LEP: low egg passage
HEP: high egg passage
ERA: Elizabeth (Gaynor) Rokitniki Abelseth
CVS: challenge virus strain

Sikes employed the NYC-Ga (New York City-Georgia) dog salivary gland strain of rabies virus. The same strain has also been used for challenge in other experiments (Tables III to VI) and the results confirm each point of the statements made by Sikes (60) regarding vaccination of dogs:

*a)* generally, groups of dogs with a high percentage of seroconversion will have the highest probability of surviving challenge

743

### TABLE II

*Laboratory dogs: one intramuscular vaccination with*
*various vaccines, challenge with rabies virus NYC-Ga strain*
*three years after vaccination*
(61)

| Vaccine | Dogs with antibodies just before challenge (%) | Dogs surviving challenge |
|---|---|---|
| LEP tissue culture | 87 | 29/30 |
| LEP tissue culture | 69 | 26/29 |
| ERA tissue culture | 57 | 27/30 |
| LEP chicken embryo | 54 | 28/30 |
| Suckling mouse brain | 48 | 27/27 |
| HEP tissue culture | 42 | 27/29 |
| Suckling mouse brain | 28 | 23/29 |
| CVS adjuvanted | 0 | 17/29 |
| None | 0 | 3/30 |

| Results of challenge | Antibodies before challenge | |
|---|---|---|
| | yes | no |
| Rabid | 3 * | 26 |
| Surviving | 157 | 47 |

* titres of 1/2, 1/3 and 1/5 (endpoint neutralising dilutions of the serum)

### TABLE III

*Laboratory dogs: one vaccination with HEP vaccine,*
*challenge with rabies virus NYC-Ga strain*
*three years after vaccination*
(22)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
|---|---|---|
| **Intramuscular injection** | | |
| Undiluted | 29/30 | 30/30 |
| Diluted 1/10 | 6/10 | 10/10 |
| Diluted 1/100 | 4/10 | 9/10 |
| **Subcutaneous injection** | | |
| Undiluted | 4/29 | 17/29 |
| Diluted 1/10 | 0/9 | 2/9 |
| Diluted 1/100 | 0/8 | 2/8 |
| **None** | 0/30 | 0/30 |

744

### TABLE IV

*Laboratory dogs: subcutaneous vaccination with
tissue culture vaccine, challenge with rabies virus NYC-Ga strain
twenty-seven months after vaccination*
(8)

| Antigenic value of vaccine * | Dogs with detectable antibodies 12 months after vaccination | Dogs surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| 0.6 | 8/8 | 8/8 | 0/7 |
| 1.7 | 19/20 | 17/18 ** | 3/12 |
| 4.6 | 10/10 | 9/9 | |
| 2.3 | 6/9 | 8/9 *** | 4/12 |

&ast; measured by the NIH test, expressed in IU/dose
&ast;&ast; The dog which died of rabies had always had the lowest antibody titre in the group
&ast;&ast;&ast; The dog which died of rabies had never seroconverted

### TABLE V

*Laboratory dogs: subcutaneous vaccination with
tissue culture vaccine, challenge with rabies virus NYC-Ga strain
three years after vaccination*
(52)

| Vaccination | Dogs with serum antibodies > 0.5 IU/ml just before challenge | Dogs surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| One injection of adjuvanted vaccine | 29/30 | 29/30 | 0/20 |

### TABLE VI

*Laboratory dogs: intramuscular vaccination with tissue culture
adjuvanted vaccine, challenge with rabies virus NYC-Ga strain
three years after vaccination*
(59)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
|---|---|---|
| Yes | 14/25 | 23/25 * |
| No | 0/10 | 2/10 |

&ast; One of the two dogs which died following challenge was seronegative, the other had a titre of 1/4 (endpoint neutralising dilution of the serum)

745

*b)* on an individual basis:

a dog with neutralising antibodies just **before challenge** will have the best chance of surviving a severe challenge

– a dog with no detectable neutralising antibodies just before challenge will have a high chance of surviving a severe challenge if it seroconverted **after vaccination**

some dogs will not survive a severe challenge even if they have detectable neutralising antibody titres **before challenge**; generally these titres are the lowest of the group.

In studies of fox strains of rabies virus (Tables VII and VIII), the possibility of procuring a strong immunity as long as four to five years after vaccination, and of enhancing protection by the use of adjuvanted vaccines, has been demonstrated. These studies also confirmed the correlation between neutralising antibodies and protection against a fox strain.

### TABLE VII

*Laboratory dogs: intramuscular vaccination with ERA vaccine, challenge with rabies virus fox strain four or five years after vaccination*
(44)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
|---|---|---|
| **Four years before challenge** | | |
| Yes | 5/10 | 7/10 |
| No | 0/9 | 0/9 |
| **Five years before challenge** | | |
| Yes | 7/14 | 13/14 |
| No | 0/14 | 5/14 |

### TABLE VIII

*Laboratory dogs: subcutaneous vaccination with adjuvanted tissue culture vaccine, challenge with rabies virus fox strain two years after booster vaccination*
(38)

| Antigenic value of vaccine * | Dogs with detectable antibodies just before challenge | Dogs surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| 4.2 | 9/10 ** | 10/10 | 0/5 |

\* measured by the NIH test, expressed in IU/dose
\*\* two dogs with an antibody titre <0.5 IU/ml

746

Bunn and colleagues (28, 29) gathered pre-challenge neutralising antibody titres and challenge results obtained on dogs by the United States National Veterinary Services Laboratories and by vaccine manufacturers. Most of the dogs were challenged with the NYC-Ga strain, but results obtained with fox or skunk strains were also added. Sera were titrated either by the virus neutralisation test in mice (MNT) (5) or the rapid fluorescent focus inhibition test (RFFIT) (62). Data on neutralising antibodies originally expressed in arithmetical dilutions by Bunn (26, 27) have been converted into IU in Figure 6. Beyond 0.03 IU/ml with the MNT or 0.05 IU/ml with the RFFIT, the expected survival to challenge by a dog strain reaches 95%. With 288 dogs having RFFIT titres above 0.1 IU/ml, a 100% survival rate was obtained. The maximum survival rate observed among animals with the highest neutralising antibody titres measured by MNT was 99.5%.



■ virus neutralisation test in mice (MNT)    □ rapid fluorescent focus inhibition test (RFFIT)

\* approximately 0% (precise data not given)

### Fig. 6

**Survival rate after challenge of laboratory dogs correlated with the level of rabies antibody reached before challenge**
Dogs were vaccinated with various vaccines and challenged one year after vaccination with NYC Ga, fox or skunk strains; the number of dogs in each class is written at the top of the bars
(27)

Given the higher susceptibility of dogs to dog strains (e.g. NYC Ga), which was proven by cross challenge of dogs with homologous and heterologous (fox) strains (15, 17), the challenge with fox strains could be expected to be less severe. Unfortunately, the data are too scarce to permit a definitive conclusion.

### Natural infection of vaccinated dogs

The number of vaccinated dogs which become naturally infected is related to several factors other than vaccine potency, such as probability of encountering an infected animal, severity of bites, health status and immune efficiency of the vaccinated dogs, and host virus adaptation. Such considerations could explain why vaccinated dogs suffer rabies more often in the course of dog rabies enzootics than during fox rabies enzootics. In Thailand, 9% of the dogs found positive upon laboratory diagnosis had been vaccinated within the previous two years (39). In Nigeria, a survey of 2,500 dogs vaccinated over two years, showed that at least four died of rabies three to eight months after vaccination (1, 2).

The following reasons (16) for the failure of immunity may be suggested:

  inappropriate vaccination with inadequately stored or improperly injected vaccine

  — vaccination during the incubation of rabies or before the onset of an immunological response

  — a heavy challenge overwhelming host defences

  — intrinsic incapacity in the host.

Whatever the origins of rabies cases recorded in vaccinated dogs, their number seems relatively low in areas contaminated with fox rabies (e.g. in Europe) (20). In France, only ten cases of so-called vaccination failures in dogs (and four among cats) have been registered over a period of twenty-three years (6). This number should be compared with the 4,250,000 cats and dogs vaccinated annually in France (this figure is based on the annual number of vaccine doses sold for domestic carnivores). The probability of a cat or dog becoming rabid if vaccinated can be estimated as $14/(23 \times 4,250,000)$, which is less than $1/6,980,000$. In France, dogs in contact with a rabid animal in an enzootic area are not sacrificed and can be kept alive if, prior to contamination, they have been properly vaccinated (with certificate and identification). In such cases, the animals are immediately revaccinated. A study of more than 3,500 dogs which had close contacts (bites in 36% of cases) with foxes (mainly) or other carnivores which were diagnosed as rabid by laboratory examination, revealed that only three dogs developed rabies (50). The failure rate in animals which were **definitely contaminated** can be estimated as $3/3,500$, given that injection of vaccine after contamination has been shown to provide no protection (20). It must be emphasised that these failures were recorded before 1984 and that failure is now less probable, given the generalisation of adjuvanted vaccines for dogs. In the United States of America, four rabies vaccine failures were recorded in cats and dogs in 1988 with 33,182,575 vaccinated domestic carnivores the same year (rate — $1/8,296,000$) (34).

Such evaluations could be useful in comparing the risks of vaccination with those of quarantine. For even when they are strictly managed, quarantines still entail a risk. For instance, in many countries, the quarantine period is six months. However, longer incubation periods have been reported in dogs (8.5 months after challenge) (67) and in other carnivores (12 months or more for foxes) (57). According to Sasaki and colleagues (55), Beynon determined that a quarantine period of nine months would be necessary to detect all cases of incubating rabies with a 95% degree of confidence.

748

# STUDIES IN CATS

## NEUTRALISING ANTIBODIES AFTER VACCINATION

Although fewer studies have been conducted on vaccination of cats against rabies, several of the characteristics observed in dogs were also observed in cats:

the kinetics of neutralising antibodies follow the same profile in the two species (8, 23, 64)

the relationship between the potency of vaccines and the level of neutralising antibodies: Lawson and colleagues (44) have shown that the less diluted modified live vaccines induced the highest rate of seroconversion in vaccinated cats (Table IX) but Lazarowicz and colleagues (45) obtained no correlation of the antigenic value of inactivated virus vaccines as determined by the NIH test and mean neutralising antibody titres in vaccinated cats; however, as for dogs, it is necessary to take account of the fact that the production of antibodies (and protection against challenge) obtained after administration of live virus vaccine (44) and inactivated virus vaccine (45) can show great divergence and are not readily comparable

the greater efficacy of intramuscular vaccination (59) (Table X).

### TABLE IX

*Laboratory cats: intramuscular vaccination with various vaccines,
challenge with rabies virus fox strain five weeks and four years
after vaccination*
(44)

| Vaccination | Cats with detectable antibodies just before challenge | Cats surviving challenge |
|---|---|---|
| **Five weeks before challenge** | | |
| ERA undiluted or diluted 1/10 | 19/19 | 19/19 |
| Inactivated virus vaccine undiluted or diluted 1/10 | 20/20 | 20/20 |
| ERA diluted 1/100 or 1/1,000 | 5/20 | 12/20 |
| HEP diluted 1/1,000 | 1/40 | 11/40 |
| Inactivated virus vaccine diluted 1/1,000 | 0/5 | 2/5 |
| None | 0/11 | 3/11 |
| **Four years before challenge** | | |
| ERA | 7/8 | 8/8 |
| None | 0/8 | 1/10 |

ERA: Elizabeth (Gaynor) Rokitnicki Abelseth
HEP: high egg passage

Concerning the influence of age, Précausta and colleagues (53) described the good neutralising antibody response achieved by three month-old kittens, even those born of immune queens.

To our knowledge, Blancou and colleagues (18, 19) are the only authors who have tested vaccination results on owned cat populations. Pet cats appeared to respond well to the administration of an adjuvanted vaccine. In contrast, the same authors

749

TABLE X

*Laboratory cats: intramuscular vaccination with tissue culture
adjuvanted vaccine, challenge with rabies virus NYC-Ga strain
one to three years after vaccination*
(59)

| Vaccination | Cats with detectable antibodies just before challenge | Cats surviving challenge |
|---|---|---|
| **One year before challenge** | | |
| Yes (subcutaneous) | 5/5 | 5/5 |
| No | 0/4 | 0/4 |
| **Three years before challenge** | | |
| Yes (intramuscular) | 25/25 | 24/25 * |
| No | 0/10 | 1/10 |

* Prior to challenge, the cat which died of rabies had an antibody titre of 1/2 (endpoint neutralising dilution)

obtained mild or zero neutralising antibody responses when vaccinating cats sampled
from stray populations in France. With stray cats, the worst result was obtained with
non-adjuvanted vaccines: 5 of 9 individuals did not respond (Fig. 7).



FIG. 7

**Influence of the breeding standards of cats on the level of
rabies antibody reached one year after vaccination**
Comparison between laboratory cats, pet cats in France
and stray cats in Tunisia
(19)

750

## LEVEL OF NEUTRALISING ANTIBODIES
## AND RESULT OF CHALLENGE

**Challenge under laboratory conditions**

Although there are few field studies on the immunity of pet or stray cat populations, there are numerous laboratory studies on challenge of vaccinated cats (Tables IX to XII).

**TABLE XI**

*Laboratory cats: subcutaneous vaccination with*
*tissue culture vaccine, challenge with rabies virus NYC-Ga strain*
*3.4 to 3.7 years after vaccination*
(64)

| Vaccination | Cats with antibodies >0.5 IU/ml 0-6 months before challenge | Cats surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| Non-adjuvanted vaccine | 8/8 | 8/8 | 0/5 |
| Adjuvanted vaccine | 5/5 | 5/5 | 0/5 |
| Adjuvanted vaccine | 8/11 | 10/10 | 1/10 |

**TABLE XII**

*Laboratory cats: challenged with rabies virus NYC-Ga strain*
*four to six-and-a-half months after vaccination*
(42)

| Vaccination | Cats with antibodies >0.5 IU/ml just before challenge | Cats surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| Inactivated virus in cell culture | | | |
| antigenic value 0.9 [*] | 8/8 | 7/8 [**] | |
| antigenic value 1.8 [*] | 5/8 | 8/8 | 0/16 |
| Modified live virus | | | |
| ERA | 2/8 | 3/8 [***] | |

[*] measured by the NIH test, expressed in IU/dose
[**] The cat which died of rabies had a pre-challenge titre of 5 34 IU/ml
[***] The cats which died of rabies had the lowest antibody titres

ERA. Elizabeth (Gaynor) Rokitniki Abelseth

Challenge was performed with a dog strain (NYC-Ga) mimicking the situation of canine street rabies (42, 61, 64) or, in other experiment, a fox strain mimicking the situation of sylvatic fox rabies in continental Europe (38, 44). With both strains, the general conclusion was the same as for dogs: the probability of a cat surviving challenge can be predicted by the level of neutralising antibodies. Of course, unexpected deaths can occur: Kihm and colleagues (42) reported a rabies death in

751

a cat which had a pre-challenge titre of 5.34 IU and Blancou and colleagues (18) in another cat with a pre challenge titre of 0.87 IU/ml.

The cumulative challenge results on cats reported by Bunn (26, 27) are described in Figure 8 and Tables XIII and XIV. With a neutralising antibody level of more than 0.1 IU (measured by MNT) or more than 0.2 IU (measured by RFFIT), all of the cats survived challenge.



approximately 20% (precise data not given)

**FIG. 8**

**Survival rate after challenge of laboratory cats correlated with the level of rabies antibody reached before challenge**
Cats were vaccinated with various vaccines and challenged one year after vaccination with NYC-Ga, fox or skunk strains; the number of cats in each class is written at the top of the bars
(27)

## Natural infection of vaccinated cats

The safety problem associated with the receptivity of cats to live virus vaccines such as Flury LEP and HEP or Street Alabama Dufferin (SAD) strain vaccines will not be reviewed here (11). But it should be remembered that while cats are the species with the largest number of rabies cases directly induced by the inoculation of live modified virus strains, other species such as dogs and foxes are also receptive (72).

752

## TABLE XIII

*Challenge results from rabies immunogenicity tests conducted
in dogs and cats with vaccines approved for use
in the United States of America*
(27)

| Vaccine | Antibody titre * | | | | |
|---|---|---|---|---|---|
| | <5 | 5-9 | 10-19 | 20-39 | ≥40 |
| Flury modified live vaccine | 1/50 ** | 0/16 | 0/26 | 0/15 | 0/40 |
| SAD modified live vaccine | 5/55 | 3/36 | 1/41 | 0/35 | 1/188 |
| SAD inactivated virus, tissue culture origin | 21/156 | 2/63 | 1/116 | 0/79 | 0/150 |
| Pasteur inactivated virus, tissue culture origin | 5/44 | 1/45 | 0/38 | 0/32 | 0/76 |
| Pasteur inactivated virus, nervous tissue origin | 13/133 | 2/62 | 5/73 | 1/34 | 0/164 |

* antibody titres expressed as 50% endpoint neutralising dilutions established by either the virus neutralisation test in mice (MNT) or the rapid fluorescent focus inhibition test (RFFIT)
** dead/challenged
SAD: Street Alabama Dufferin strain

## TABLE XIV

*Neutralising antibody titres in dogs and cats
and protection from challenge with rabies virus*
(26)

| Animals | Antibody test | Antibody titre * | | | | |
|---|---|---|---|---|---|---|
| | | <5 | 5-9 | 10-19 | 20-39 | ≥40 |
| Dogs | MNT | 56/251 ** | 9/100 | 9/92 | 1/63 | 0/171 |
| | RFFIT | 84/241 | 13/112 | 9/119 | 0/87 | 0/201 |
| | Total | 140/492 | 22/212 | 18/211 | 1/150 | 0/372 |
| Cats | MNT | 25/155 | 5/57 | 5/94 | 0/33 | 0/144 |
| | RFFIT | 17/87 | 3/59 | 1/62 | 1/49 | 1/187 |
| | Total | 42/242 | 8/116 | 6/156 | 1/82 | 1/331 |

* antibody titres expressed as 50% endpoint neutralising dilutions established by either the virus neutralisation test in mice (MNT) or the rapid fluorescent focus inhibition test (RFFIT)
** dead/challenged

Inactivated virus vaccines are employed on cats as they are more efficient in protecting the species against natural challenge. However, considering the results of challenge experiments on vaccinated cats, natural infection among vaccinated pet cats is suspected to be as frequent as among vaccinated dogs. But investigations on rabies cases in vaccinated cats are scarce: apart from the four cases reported in France (6) there appear to be no other reports. This discrepancy is due to the fact that dogs have been studied considerably more than cats.

Case 1:20-cv-04248-FB-RLM   Document 4-5   Filed 09/11/20   Page 46 of 79 PageID #: 103

# THE SIGNIFICANCE OF NEUTRALISING ANTIBODIES
# IN NON-VACCINATED CARNIVORES

## Non-specific and specific neutralising factors

Sekine and colleagues (58) found that sera of normal rabbits and guinea-pigs contained non-specific inhibitors capable of neutralising the virus in the presence of complement. In a well-conducted seroneutralisation on mice, inactivation of sera is performed for 30 minutes at 56°C. Virus inhibition by other substances was described in infected skunks and foxes (74). Infection by mycobacteria, e.g. Bacillus Calmette-Guérin (BCG), can also induce the production of rabies neutralising antibodies in mice and provide protection against rabies in a number of animals (70). Since more specific immunological tests (such as enzyme-linked immunosorbent assay: ELISA) have become widespread, non-specific neutralising factors have not generated further scientific reports.

In endemic areas, serosurveys in wild carnivores demonstrated a high proportion of apparently healthy individuals with neutralising antibodies in serum (54, 71) and it has been suggested that these antibodies may have been produced following contact with virus from other species and were, therefore, immunising but rarely fatal (12). However, the same observations have also been reported for dog populations in areas where dog rabies is endemic: in Thailand, in areas where no canine vaccination programme has ever been conducted, 15-20% of dogs had neutralising antibodies, yet remained perfectly normal when observed for prolonged periods (75); similar results had also been reported previously in other countries of Asia and in Africa (3, 36). These observations correlate with the high probability of inter-individual contamination within the reservoir species, which is not the case for pet populations in areas where rabies is endemic. The possibility of non fatal contamination of dogs by non-canine strains (e.g. those from wild animals living in the region) has also been proposed (20). Several questions thus arise regarding:

*a)* the specificity of serum titrations and the threshold level for protection against rabies

*b)* the possibility of rabies outbreaks in naturally seroconverted dogs, and the interval between seroconversion and the onset of clinical symptoms.

## Rabies infections

The viral infection triggers the production of neutralising antibodies. When a high dose of rabies virus reaches the central nervous system, neutralising antibodies are not detectable before or at the onset of clinical signs; they are usually induced by longer incubation periods. This phenomenon has been studied mainly in laboratory rodents, which supply the chief model of rabies immunopathology (49, 73). Unfortunately (but not surprisingly, considering the difficulty of handling rabid carnivores), there appears to be no literature on the frequency and intensity of neutralising antibody production in non-vaccinated infected cats and dogs. Some data can be found in articles by Artois and colleagues (4), Blancou and colleagues (17) and Fekadu (36) regarding latent or abortive rabies.

Bell and colleagues (10) proved that dogs which recovered from rabies after intracerebral inoculation of homologous strains, had high titres of neutralising antibody in the cerebrospinal fluid as well as in serum and retained these titres for

754

several months, whereas vaccinated dogs did not have high cerebrospinal fluid titres. Murphy and colleagues (48) demonstrated the same phenomenon in cats.

Bell and colleagues (9) were the first to apply cerebrospinal fluid titration for an epidemiological survey. Of 120 dogs sampled in an area where rabies was enzootic (Buenos Aires), none was found to be positive; thus, it cannot be concluded that non fatal rabies is common.

Blenden and colleagues (21) have suggested that the kinetics of antibody levels in blood and cerebrospinal fluid should be compared, to determine whether specific antibodies have been produced by infection or by immunisation. Without a booster after a first blood and cerebrospinal sampling, the antibody level should remain stable in cases of immunisation, or increase in cases of infection. In fact, such procedures have never been routinely used anywhere. Indeed, given the variability of the titration test, the constancy of an antibody titre over time is difficult to verify even in a vaccinated animal.

Given the lack of easily-performed experimental methods, the only basis for considering that an individual dog or cat possessing rabies neutralising antibodies has been vaccinated is good individual identification and certification.

## DISCUSSION

Laboratory conditions described in the challenge of vaccinated cats and dogs generally appear more severe than natural conditions of challenge in the field. In normal practice, experimenters use extremely long intervals between vaccination and challenge (three to five years) and high virus doses involving 100% mortality in controls. In areas contaminated by fox rabies, natural challenge is not as severe for dogs and this could compensate for the fact that the health status of pets may be lower than that of dogs bred in the laboratory. Epidemiological observation is by far the more important evidence; in continental Europe, rabies vaccination of cats and dogs is so efficient that where the annual risk of a fatal case of rabies has been evaluated for a vaccinated pet, this risk is minute (1/6,980,000). It is also noteworthy that in continental Europe, fox rabies has never been propagated by domestic animals from an enzootic area to a free one     even if administrative rules concerning compulsory confinement, leashing or vaccination have sometimes been broken either deliberately or by the simple fact that rabid pets have escaped from their owners.

If a neutralising antibody titration was required for certifying the immunological capacity of vaccinated animals, two questions would arise regarding:

*a)* the choice of techniques for antibody titration

*b)* the definition and acceptance of a minimum antibody titre considered as providing protection against rabies.

A general analysis of challenge experiments leads to the conclusion that neutralising antibody titres enable prediction of survival more often on a qualitative basis (i.e. Do the animals have detectable neutralising antibodies or not?) than on a quantitative basis. This fact becomes apparent when one tries to determine a "protective" threshold. For this purpose, either method of seroneutralisation (RFFIT

or MNT) can be employed, provided a correlation between the two methods has been demonstrated in the same laboratory (14, 66).

Agreements on the international transfer of dogs and cats could be formulated, therefore, based on a designated minimum level of neutralising antibodies, and could be proposed as an alternative to quarantine measures. The designated threshold could be based on the results presented in this study. The security of the protection constituted by this threshold would be increased by the extent to which it excedes the level recognised as effective against experimental challenge in cats and dogs (0.1 IU/ml and 0.2 IU/ml, respectively, measured by RFFIT).

## ACKNOWLEDGEMENT

The author wishes to express his gratitude to Dr J. Blancou for kindly revising the manuscript of this paper.

\*
\* \*

## SIGNIFICATION PRATIQUE DES ANTICORPS RABIQUES CHEZ LE CHAT ET LE CHIEN.   M.F.A. Aubert.

*Résumé : Le rôle protecteur des anticorps sériques neutralisant le virus rabique a parfois été mis en doute. Mais même si les patients ou les animaux qui meurent de rage peuvent produire des anticorps à des titres élevés, même si des cas de rage ont été décrits chez des animaux préalablement vaccinés et même si la composante cellulaire de l'immunité peut participer pour une bonne part à la protection, un très grand nombre d'expériences de laboratoire et d'observations de terrain prouvent que les chats et les chiens qui ont produit des anticorps neutralisants spécifiques après la vaccination et avant l'épreuve virulente ont une probabilité très élevée de survivre à une épreuve virulente, quelle que soit la dose ou la souche virale utilisée.*

*En conséquence, le titrage des anticorps neutralisant le virus rabique peut constituer une garantie supplémentaire au certificat de vaccination des carnivores domestiques lors des transferts internationaux. Les modalités de quarantaine devraient aussi être adaptées aux données épidémiologiques de la rage qui sévit dans le pays d'origine de ces carnivores. Ces données peuvent être, par exemple, les statistiques des échecs vaccinaux chez ces espèces ainsi que le caractère d'adaptation aux différentes espèces hôtes, des souches de virus rabique qui circulent dans ces pays.*

MOTS-CLÉS : Anticorps neutralisant   Chat   Chien   Rage - Survie à l'épreuve.

\* \*

## SIGNIFICADO PRÁCTICO DE LOS ANTICUERPOS ANTIRRÁBICOS EN EL GATO Y EL PERRO.   M.F.A. Aubert.

*Resumen: Los anticuerpos antirrábicos seroneutralizantes han sido a menudo sospechados de no conferir una buena protección contra la rabia. Es cierto que en los casos humanos y animales de muerte por rabia, los sujetos pueden producir*

756

*altos índices de anticuerpos; se han observado también casos de rabia en animales que habían sido previamente vacunados; enfín, la inmunidad celular puede efectivamente actuar sobre la protección. Sin embargo, a pesar de estos hechos, numerosas pruebas de laboratorio y observaciones de campo han demostrado que los gatos y perros que producen anticuerpos neutralizantes específicos después de haber sido vacunados y antes de ser sometidos a la prueba virulenta, tienen probabilidades muy altas de sobrevivir a dicha prueba, cualquiera sea la dosis o la cepa viral empleada.*

*Por lo tanto, además del certificado de vacunación, la indicación de los títulos de anticuerpos neutralizantes antirrábicos puede constituir una garantía adicional durante el transporte internacional de carnívoros domésticos. Las medidas de cuarentena igualmente deben ser adaptadas a la situación epidemiológica de la rabia en el país de origen de los animales. Los datos epidemiológicos relevantes son, por ejemplo, las estadísticas relativas a los fracasos de la vacunación en dichas especies, así como las características de adaptación de las cepas de virus rábico existentes en esos países a diferentes especies huéspedes.*

PALABRAS CLAVE: Anticuerpos neutralizantes - Gato   Perro - Rabia - Resistencia a la prueba.

## REFERENCES

1. AGHOMO H.O. & RUPPRECHT C.E. (1990).   Antigenic characterisation of virus isolates from vaccinated dogs dying of rabies. *Trop. Anim. Hlth Prod.*, **22**, 275 280.

2. AGHOMO H.O. & RUPPRECHT C.E. (1990).   Further studies on rabies virus isolated from healthy dogs in Nigeria. *Vet. Microbiol.*, **22**, 17 22.

3. ANDRAL L. & SERIE C. (1965).   Etude expérimentale sur la rage en Ethiopie. *Ann. Inst. Pasteur*, **108**, 442-450.

4. ARTOIS M., AUBERT M.F.A., BLANCOU J. & PERICARD M. (1984).   Rage expérimentale du chat : sensibilité   symptômes   excrétion du virus. *Rev. Méd. vét.*, **135** (5), 281 287.

5. ATANASIU P. (1973).   Quantitative assay and potency test of antirabies serum and immunoglobulin. *In* Laboratory technique in rabies, 3rd Ed. WHO, Geneva, 314 318.

6. AUBERT M.F.A. & BARRAT J. (1991).   Les échecs de vaccinations chez les animaux domestiques. *Bull. Epidémiol. mensuel Rage anim. France*, **21** (5), 1.

7. BARTH R. & JAEGER O. (1977).   Zur Prufung der Immunitats Dauer von Tollwutkombinationsvaccinen am Hund. *Die blauen Hefte für den Tierarzt*, **57**, 337 346.

8. BARTH R., GRUSCHKAU H. & JAEGER O. (1985).   Chick embryo cell inactivated rabies vaccine for veterinary use. Laboratory and field experience. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 241 248.

9. BELL J.F., GONZALEZ A.M., DIAZ B. & MOORE G.J. (1971).   Nonfatal rabies in dogs. Experimental studies and results of a survey. *J. Am. vet. Res.*, **32** (12), 2049-2058.

10. BELL J.F., SANCHO M.I., DIAZ A M. & MOORE G.J. (1972)   Nonfatal rabies in an enzootic area. Results of a survey and evaluation of techniques. *Am. Epidemiol.*, **95** (2), 190 198.

11 BELLINGER D.A., CHANG J., BUNN T.O., PICK J.R., MURPHY M. & RAHIJA R. (1983). Rabies induced in a cat by high egg passage Flury strain vaccine. *J. Am. vet. med. Ass.*, **183**, 997.

12. BLANCOU J. (1988).    Ecology and epidemiology of fox rabies. *Rev. infect. Dis.*, **10** (Suppl. 4), S606 S609.

13. BLANCOU J., AUBERT M.F.A., TOMA B. & ANDRAL L. (1980).    Immunité humorale du chien après primo vaccination contre la rage : étude dans les conditions de la pratique. *Recl Méd. vét.*, **150** (4), 313 318.

14. BLANCOU J., AUBERT M.F.A. & CAIN E. (1983).    Comparaison de quatre techniques de titrages sérologiques des anticorps contre le virus de la rage chez le chien. *J. biol. Standard.*, **11**, 271-277.

15. BLANCOU J., AUBERT M.F.A. & SOULEBOT J.P. (1983).    Différences dans le pouvoir pathogène de souches de virus rabique adaptées au renard ou au chien. *Ann. Inst. Pasteur Virol.,* **134E**, 523 531.

16. BLANCOU J., FIRON J.P. & FIRON P.E. (1983). -- Défaut de réaction immunitaire du chien après vaccination contre la rage. Etude d'un cas. Conséquence. *Rec. Méd. vét.*, **159** (10), 789 793.

17. BLANCOU J., AUBERT M.F.A. & PERRIN G. (1985).    Rage expérimentale du chien. Sensibilité, symptôme, excrétion du virus. Réaction immunitaire et résistance trois ans après vaccination. *Rev. Méd. vét.*, **136** (2), 147 152.

18. BLANCOU J., ARTOIS M., BARRAT J. & PRAVE M. (1986).    Vaccination du chat contre la rage : taux d'anticorps et résistance à l'épreuve un an après vaccination. *Rev. Méd. vét.*, **137** (17), 29-36.

19. BLANCOU J., AUBERT M.F.A., PRAVE M. & HADDAD N. (1986).    Influence du statut sanitaire des Carnivores sur leur capacité à s'immuniser contre la rage. *Sci. Tech. Anim. Lab.*, **11** (3), 237-242.

20. BLANCOU J., SORIA BALTAZAR R., ARTOIS M., TOMA B. & ROLLIN P. (1989).    Rabies despite pre- or post-exposure vaccination. *In* Progress in rabies control (O. Thraenart, H. Koprowski, K. Bogel & P. Sureau, eds). Wells Medical, 441-447.

21. BLENDEN C.D., TORRES ANJEL M.J. & SATALOWITCH F.T. (1985).    Applications of laboratory technology in the evaluation of the risk of rabies transmissions by biting dogs and cats. *Adv. Anim. Welfare Sci.*, 221-246.

22. BROWN A.L., MERRY D.L. & BECKENHAUER W.H. (1973).    Modified live virus rabies vaccine produced from Flury high egg passage virus grown on an established canine-kidney cell line: three-year duration of immunity study in dogs. *J. Am. vet. Res.*, **34** (11), 1427-1432.

23. BRUN A., CHAPPUIS G., PRECAUSTA P. & TERRE J. (1976).    Immunisation des chats contre la panleucopénie et la rage. *Rev. Méd. vét.*, **127** (11), 1575 1580.

24. BUNN T.O. (1983).    Rabies vaccine for use in dogs. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, M. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 262-273.

25. BUNN T.O. (1985).    Rabies vaccine for use in dogs. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, M. Koprowski & K. Bogel, eds). Springer Verlag, 221-226.

26. BUNN T.O. (1991).    Cat rabies. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 379 387.

27. BUNN T.O. (1991).    Canine and feline vaccines, past and present. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 415 425.

28. BUNN T.O. & RIDPATH M.D. (1983).    The relationship between rabies antibody titers in dogs and protection from challenge. *Rabies Info. Exch.*, **8**, 43-45.

29. BUNN T.O., RIDPATH H.D. & BEARD P.D. (1984).    The relationship between rabies antibody titers in dogs and cats and protection from challenge. *Rabies Info. Exch.*, **11**, 8 13.

30. CHAPPUIS G. & TIXIER G. (1982).    Etude de la relation existant entre le titre NIH et les anticorps séroneutralisants obtenus après vaccination chez les chiens. *Comp. Immun. Microbiol. infect. Dis.*, 5 (1-3), 151-157.

758

31. CHOMEL B., CHAPPUIS G., BULLON F., CARDENAS E., DE BEUBLAIN T.D., MAUFRAIS M.C. & GIAMBRUNO E. (1987). — Serological results of a dog vaccination campaign against rabies in Peru. *Rev. sci. tech. Off. int. Epiz.*, **6** (1), 97-113.

32. DEAN D.J., EVANS W.M. & THOMPSON W.R. (1964). — Studies on the low egg passage Flury strain of modified live rabies virus produced in embryonating eggs and tissue culture. *Am. J. vet. Res.*, **25**, 756-763.

33. DERBYSHIRE J.B. & MATTHEWS K.A. (1984).   Rabies antibody titres in vaccinated dogs. *Can. vet. J.*, **25**, 383-385.

34. ENG T.R. & FISHBEIN D.B. (1990).   Epidemiological factors, clinical findings and vaccination status of rabies in cats and dogs in the United States in 1988. *J. Am. vet. med. Ass.*, **197** (2), 201-209.

35. ENGELS M., FLUCKIGER M., KNUSLI K. & WYLER R. (1982).   Der Immunstatus gegen Tollwut bei 200 geimpften Hunden aus dem Kanton Zürich. *Schweizer Arch. Tierheilk.*, **124**, 149-156.

36. FEKADU M. (1991).   Latency and aborted rabies. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 191 198.

37. FUENZALIDA E. (1967).   Estado actual de desarrollo de la vacuna antirrábica preparada de cerebros de ratones lactantes en Latinoamérica. *In* First International Seminar on Rabies, Buenos Aires, 417.

38. GANIERE J.P., ANDRE-FONTAINE G., BLANCOU J., ARTOIS M. & AUBERT A. (1989). Vaccination antirabique du chien et du chat : taux d'anticorps et résistance à l'épreuve virulente deux ans après l'injection de rappel d'un vaccin additionné d'adjuvant. *Rev. Méd. vét.*, **140** (4), 281-285.

39. HEMACHUDHA T. (1989).   Rabies. *In* Handbook of clinical neurology. Viral diseases (P.J. Vinken, G.W. Bruyn & H.L. Klawans, eds). Elsevier, 383-404.

40. HIRAYAMA N., RAHARJO JUSA E., AENY ROCHMAN NOOR M., SAKAKI K. & OGATA M. (1990).   Immune state of dogs injected with rabies vaccines in the West Java, Indonesia. *Jpn. J. vet. Sci.*, **52** (5), 1099-1101.

41. KAEBERLEE M.L. (1958).   Newer tools for the prevention of rabies in domestic animals. *Ann. N.Y. Acad. Sci.*, **70** (3), 467 477.

42. KIHM U., LAZAROWICZ M., BOMMELI W. & ZUTTER R. (1982).   Potency of two rabies vaccines in cats as determined by antibody assay and virulent virus challenge. *Comp. Immun. Microbiol. infect. Dis.*, **5** (1-3), 227 232.

43. KOUTCHOUKALI M.A., BLANCOU J., CHAPPUIS G., TIXIER G., ELOIT M., GANIERE J.P., CHANTAL J., SIMON S., BERTHIER A. & TOMA B. (1985).   Réponse sérologique du chien après primovaccination antirabique à l'aide de vaccins adjuvés ou non. *Ann. Rech. vét.*, **16**, 345-349.

44. LAWSON K.F. & CRAWLEY J.F. (1972). — The ERA strain of rabies vaccine. *Rev. can. Méd. comp.*, **36**, 339-344.

45. LAZAROWICZ M., KIHM V., BOMMELI W. & ZUTTER R. (1982).   Potency testing of inactivated rabies vaccines in mice, dogs and cats. *Comp. Immun. Microbiol. infect. Dis.*, 5 (1 3), 233-235.

46. MERRY D.L., BROWN A.L. & BECKENHAUER W.H. (1970).   Subcutaneous vs. intramuscular inoculation of dogs. *Vet. Bull.*, **40**, 190.

47. MERRY D.L. & KOLAR J.R. (1984).   A comparative study of four rabies vaccines. *Vet. Med. small Anim. Clin.*, **79** (5), 661 664.

48. MURPHY A.F., BELL F.J., BAUER S.D., GARDNER J.J., MOORE G.J., HARRISON A.K. & COE E.J. (1980).   Experimental chronic-rabies in the cat. 43 (3), 231-241.

49. NATHANSON N. & GONZALES SCARANO F. (1991).   Immune response to rabies virus. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 145-161.

759

50. PRAVE M. (1985).    Mesures conservatoires légales appliquées aux animaux contaminés de rage en France. Bilan après 8 ans (1976 1984). *In* Pasteur et la rage (R. Rosset, ed.). *Infos tech. Serv. vét.,* **92-95,** 264S-269S.

51. PRECAUSTA P. (1972).    Vaccin antirabique inactivé à usage vétérinaire préparé à partir de culture cellulaire. *Symp. Ser. immunobiol. Stand.,* **21,** 162-178.

52. PRECAUSTA P., SOULEBOT J.P., BUGAND M., BRUN A. & CHAPPUIS G. (1982). Modalités de production et immunité conférée par un vaccin antirabique inactivé provenant de culture cellulaire. *Comp. Immun. Microbiol. infect. Dis.,* **5,** 217 226.

53. PRECAUSTA P., SOULEBOT J.P., CHAPPUIS G., BRUN A., BUGAND M. & PETERMANN M.G. (1985).    NiL cell inactivated tissue culture vaccine against rabies. Immunisation of Carnivores. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 227 240.

54. ROSATTE R.C. & GUNSON J.R. (1984).    Presence of neutralizing antibodies to rabies virus in striped skunks from areas free of skunk rabies in Alberta. *J. Wildl. Dis.,* **20** (3), 171 176.

55. SASAKI D.M. & GOOCH J.M. (1983).    Cost effectiveness of Hawaii's anti rabies quarantine program. *Hawaii med. J.,* **42,** 157-160.

56. SASAKI D.M. & GOOCH J.M. (1992).    Rabies serosurvey of quarantine pets and mongooses. Report presented to the 16th State Legislature, 75 pp.

57. SCHMIDT R.C. & SIKES R.K. (1968).    Immunisation of foxes with inactivated virus rabies vaccine. *J. Am. vet. Res.,* **29** (9), 1843-1849.

58. SEKINE N. & YOSHINO K. (1974).    Inhibitors against rabies virus present in normal rabbit sera. *Arch. ges. Virusforsch.,* **45,** 89 98.

59. SHARPEE R.L., NELSON L.O. & BECKENHAUER W.H. (1985).    Inactivated tissue culture rabies vaccine with three years immunogenicity in dogs and cats. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 262 273.

60 SIKES R.K. (1971).    Evaluation of canine rabies vaccine. *In* Rabies (Y. Nagano & F.M. Davenport, eds). University Park Press, Baltimore, London & Tokyo, 343 361.

61. SIKES R.K., PEACOCK G.V., ACHA P.L., ARKO R.J. & DIERKS R. (1971).    Rabies vaccines: duration of immunity. Study in dogs. *J. Am. vet. med. Ass.,* 1491 1499.

62. SMITH J.S., YAGER P.A. & BAER G.M. (1973).    A rapid reproductible test for determining rabies neutralizing antibody. *Bull. Wld Hlth Org.,* **48,** 535 541.

63. SOULEBOT J.P., STELLMANN CH, BORNAREL P., PETERMANN H.G., LANG R. & BRANCHE R. (1970).    Influence de la voie d'inoculation des vaccins antirabiques chez le chien. *Bull. Soc. Sci. vét. méd.,* **72,** 409 417.

64. SOULEBOT J.P., BRUN A., CHAPPUIS G., GUILLEMIN F., PETERMANN H.G., PRECAUSTA P. & TERRE J. (1981).    Experimental rabies in cats: immune response and persistence of immunity. *Cornell Vet.,* **71** (3), 311-325.

65. TEEPSUMETHANON W., POLSUWAN C., LUMLERTDAECHA B., KHAWPLOD P., HEMACHUDHA T., CHUTIVONSGE S., WILDE H., CHIEWBAMRUNGKIAT M. & PHANUPHAK P. (1991).    Immune response to rabies vaccine in Thai dogs: a preliminary report. *Vaccine,* 9, 627 630.

66. THRAENART O., RAMAKRISHNAN K., JAGER O. & MARCUS I. (1989).    Antibody induction determined by the mouse neutralization test, rapid fluorescent focus inhibition test, and Essen enzyme linked immunoadsorbent assay is correlated. *In* Progress in Rabies Control (O. Thraenart, H. Koprowski, K. Bogel & P. Sureau, eds). Wells Medical, 384-402.

67. TIERKEL E.S., KOPROWSKI H., BLACK J. & GORRIE R.H. (1949).    Preliminary observations in the comparative prophylactic vaccination of dogs against rabies with living virus vaccines and phenolized vaccine. *J. Am. vet. Res.,* **10,** 361.

760

68. TOMA B., KOUTCHOUKALI M.A., BLANCOU J., CHAPPUIS G., TIXIER G. & ELOIT M. (1985).     Vaccination of dogs against rabies. Comparison of serological responses one year after intradermal or subcutaneous vaccination. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bögel, eds). Springer Verlag, Berlin, 255-261.

69. TOMA B., KOUTCHOUKALI M.A., BLANCOU J., ELOIT M., GANIERE J.P. & CHANTAL J. (1987). -- Vaccination antirabique du chien : réponse sérologique comparée un an après premier rappel à l'aide de vaccin contenant un adjuvant. *Rev. Méd. vét.*, **138**, 905 911.

70. TSIANG H., BLANCOU J. & LAGRANGE P.H. (1981).     BCG modulation of delayed type hepersensitivity, humoral response and acquired resistance after rabies vaccination. *Arch. Virol.*, **69**, 167 176.

71. WANDELER A., WACHENDORFER G., FORSTER U., KREKEL H., MULLER J. & STECK F. (1974).     Rabies in wild carnivores in Central Europe. *Zentbl. VetMed., B*, **21**, 757-764.

72. WHETSONE C.A., BUNN T.O., EMMONS R.W. & WIKTOR T.J. (1984).     Use of monoclonal antibodies to confirm vaccine induced rabies in ten dogs, two cats and one fox. *J. Am. vet. med. Ass.*, **185**, 285.

73. WIKTOR T.J. (1978).     Cell mediated immunity and post exposure protection from rabies by inactivated vaccines of tissue culture origin. *Dev. biol. Stand.*, **40**, 255-264.

74. WILSNACK R.E. & PARKER R.I. (1966).     Pathogenesis of skunk rabies virus: rabies inhibiting substance as related to rabies diagnosis. *J. Am. vet. Res.*, **27** (116), 39-43.

75. YASMUTH C., NELSON K.E., LAIMA T., SUPAWADEE J. & THAIYANANT P. (1983). Prevalence of abortive canine rabies in Chiang Mai, Thailand. *J. med. Ass. Thai.*, **66**, 169-175.

---

*Rev. sci. tech. Off. int. Epiz.*, 1992, **11** (3), 735 760

# Practical significance of rabies antibodies in cats and dogs

M.F.A. AUBERT *

*Summary: Doubt has sometimes been cast upon the protective effect of rabies antibodies in serum. Animals and humans suffering from fatal rabies often produce high antibody titres, while rabies cases are also observed in vaccinated animals. Cellular immunity is also largely involved in protection. Nevertheless, a large number of laboratory experiments and field observations clearly demonstrate that cats and dogs which develop antibodies after vaccination and before challenge have a very high probability of surviving any challenge, no matter how strong the dose and which virus strain was used.*

*Rabies antibody titration can, therefore, afford a strong additional guarantee to the vaccination certificates accompanying domestic carnivores during transportation between countries. Quarantine rules should also be adapted to the epidemiological features in the exporting country, e.g. statistics of vaccination failure in cats and dogs and host-virus adaptation of the rabies strains circulating in these countries.*

KEYWORDS: Antibodies   Cats - Dogs - Rabies - Survival to challenge.

## INTRODUCTION

Cats and dogs can introduce rabies into disease free countries if they are incubating the disease and are transported during the pre-symptomatic phase. To prevent such introduction, vaccination is recommended. The present article reviews publications dealing with rabies protection afforded to cats and dogs by vaccination.

Only the parenteral route of vaccination will be considered, as the oral route is employed only for wandering and non-restrained carnivores; extensive results for individual cats and dogs are unavailable. Also, since oral vaccination could mobilise immunity pathways other than those obtained parenterally, the results with one procedure may be not transposable to the other.

Furthermore, no consideration will be given here to the results of vaccination after exposure, which does little, if anything, to alter disease (20).

Emphasis will be given to the most common method for measuring rabies immunisation: assays for **rabies virus neutralising antibodies in serum** (henceforth referred to as "neutralising antibodies"). The practical significance and consequences of rabies virus neutralising antibodies in cats and dogs are considered; namely, to what extent do neutralising antibody titres confer protection against subsequent challenge?

* Centre national d'études vétérinaires et alimentaires, Laboratoire d'études sur la rage et la pathologie des animaux sauvages, B.P. 9, 54220 Malzéville, France.

736

No consideration will be given to the question of whether real protection against challenge is provided by neutralising antibodies and/or other immunity factors. Titres of neutralising antibodies in serum are simply viewed as the easiest means of evaluating the likelihood that a cat or dog will not contract rabies following exposure.

## STUDIES IN DOGS

### NEUTRALISING ANTIBODIES AFTER VACCINATION

**General considerations**

The kinetics obtained for neutralising antibodies after vaccination have been thoroughly described in the literature. The curve of neutralising antibodies after vaccination and boosters follows the pattern generally observed with other antigens: seroconversion and rapid rise of the level of neutralising antibodies after first vaccination, followed by a slow decrease, a new rise after booster to reach a higher level than previously observed, then a new decrease leading to a stabilised higher level (Fig. 1) (8, 51, 63). The decrease of neutralising antibody levels has been evaluated



FIG. 1

Kinetics of rabies neutralising antibodies in sera of laboratory dogs vaccinated with a tissue culture vaccine
Variations according to vaccination route and antigenic value of the vaccine as measured by the NIH test
(63, 64)

737

in domestic populations of owned dogs in several countries: in Canada, titres of neutralising antibodies in the sera of dogs showed a clear division between, on the one hand, dogs vaccinated or revaccinated one year before and, on the other hand, dogs revaccinated three weeks before (33). Data from Thailand and Java show that the neutralising antibody titre decreases very rapidly after 60 to 120 days to levels 5 to 25 fold less than the highest point reached during the kinetics (Fig. 2) (40, 65). The higher level of neutralising antibodies obtained when owned dogs are vaccinated several times has been described by Sasaki and colleagues (55, 56).



—O— > 12 months      — · — 6 12 months      —O— 3 6 months

**FIG. 2**

**Kinetics of rabies neutralising antibodies in sera of owned dogs of various ages in Thailand after one subcutaneous vaccination with a tissue culture vaccine**
The number of dogs sampled was
54 at day 0 and 31 at day 360
(65)

With regard to the production of neutralising antibodies and the relation of these antibodies to protection against challenge, a clear distinction must be made between live virus vaccines and inactivated virus vaccines. These two types of vaccine cannot be directly compared. The best relation between antibody production and protection has always been obtained with inactivated virus vaccines and it is, therefore, the latter which will be considered in greater detail, especially as they currently represent the only type of vaccine authorised in a great many countries.

738

**High individual variability**

In laboratory dogs bred and kept under the same conditions and in comparable health, neutralising antibody titres obtained after the same form of vaccination commonly range from zero to twenty international units (IU) or more per ml (19, 51, 53).

**Influence of vaccine types and potency**

The first complete study of live virus vaccines was published by Dean and colleagues (32). This study established a correlation between antibody production and resistance to challenge, which was confirmed by later studies (see below). As far as inactivated virus vaccines are concerned, besides individual variation, the level of neutralising antibodies in serum correlates positively with the antigenic value of the vaccine as determined by the American National Institutes of Health (NIH) test. This observation is common in the course of vaccine production and control on laboratory dogs (Fig. 1) (47, 63). The influence of the antigenic value of the vaccine on the level of neutralising antibodies has also been demonstrated in domestic populations of owned dogs; in Switzerland, Engels and colleagues (35) showed that in owned dogs, higher titres were generally obtained with inactivated vaccines than with live (and less potent) vaccines.

However, when inactivated virus vaccines with an antigenic value (as measured by the NIH test) equal to or greater than 1.0 IU per dose are employed, no correlation can be shown between the level of neutralising antibodies in individual dogs and the titre of the vaccine. This result was first demonstrated in owned dogs to in France by Blancou and colleagues (13). In this experiment, dogs were sampled randomly from populations living under various conditions and were vaccinated with a range of commercially available vaccines. Chappuis and colleagues (30) and Lazarowicz and colleagues (45) used laboratory dogs to investigate whether the administration of vaccines from the same producer would entail a correlation between the NIH titre of vaccines and the level of neutralising antibody response. Even under standardised conditions, no correlation was found. The same conclusion can be drawn from the results of Barth and colleagues (7).

In summary, a significant variation of neutralising antibody response can be shown only under a broad range of vaccine potencies (61). When the potencies of commercial inactivated virus vaccines are fairly high, the neutralising antibody response will be related only to the immune responses of individual dogs.

**Influence of the route of vaccination**

Since Pasteur, the route of vaccination has been subcutaneous (s.c.). Fuenzalida in 1967 demonstrated that the intramuscular (i.m.) route resulted in higher neutralising antibody titres in sera of dogs (37). Apart from Merry (46), who found no clear advantage for the i.m. over the s.c. route, the results obtained by Fuenzalida were largely confirmed (22, 25, 63). However, the advantage of the i.m. route diminishes with high potency vaccines (Fig. 1) (63) and the use of adjuvanted vaccines renders the i.m. route excessively painful. Adjuvants confer a longer lasting immunity, which can be obtained with a smaller quantity of antigen, as first demonstrated on laboratory dogs (52), then on owned dogs (43, 68, 69). Despite the use of smaller quantities of antigen and a reduced vaccination schedule (less frequent boosters), the neutralising antibody levels reached after one, two or three years with adjuvanted vaccines were

equivalent to those reached with non-adjuvanted vaccines given according to the usual schedule (two injections of vaccine the first year, with annual boosters).

The importance of the vaccination route was clearly demonstrated with intradermal injection of vaccine in dogs (68). Unfortunately, the advantages of an enhanced response obtained with a minute dose of vaccine ($2 \times 0.1$ ml) were offset by the fact that intradermal injection must be performed on the inside of the ear and, hence, this procedure must be conducted dangerously near the mouth of the animal.

### Influence of age

It has been shown that dogs 11-16 weeks of age respond better to Flury low egg passage (LEP) or high egg passage (HEP) vaccine than dogs 5-10 weeks of age (81% vs. 38% protection from challenge, respectively) (41). The relationship between the age of animals and protection from challenge was confirmed in a laboratory study by Bunn in three- to five-month-old pups. Three months after vaccination with Flury LEP vaccine, ten of forty pups had antibody titres below 1/5 (24, 25).

A survey on owned dogs in France showed that even beyond three months of age, older dogs produced higher titres (Fig. 3) (13).



**FIG. 3**

**Correlation between rabies antibody level reached after one vaccine injection and age of dogs**
Study conducted on 66 owned dogs in France
(13)

740

The influence of age on the neutralising antibody response in dogs was also clearly demonstrated on owned dogs in Thailand by Teepsumethanon and colleagues (65). These authors described the kinetics of neutralising antibodies in three age groups: 3 weeks to 3 months, 6 to 12 months, and more than 12 months. Whenever the mean level of neutralising antibodies was evaluated after vaccination, the older dogs had the highest levels of response. Given the difficult conditions prevailing in Thailand, the superior response of older dogs could also be related to the increased life expectancy of dogs with a more powerful immune system (Fig. 2).

The presence of specific neutralising antibodies transmitted to puppies via colostrum impedes development of active immunity. The interference between passive neutralising antibodies of maternal origin and active immunisation has been studied by Précausta (52, 53). Puppies of non immune bitches vaccinated at the age of one month respond with the same neutralising antibody level as puppies vaccinated at seven months of age. Puppies of immune bitches vaccinated at one month of age show neutralising antibody levels which decrease according to the same kinetics as unvaccinated members of the same litter.

After ten weeks (44) to twelve weeks (52), no traces of maternal neutralising antibodies remain. Surveys in pet dog populations where systematic vaccination of adult dogs is practised (in France and elsewhere) have confirmed that no further interference between active and passive immunity occurs beyond this age (53).

### Influence of the health and breeding status of dogs

Blancou and colleagues (19) compared the proportion of individuals developing neutralising antibodies in 64 dogs after the administration of adjuvanted or non-adjuvanted vaccines. This rate may vary considerably depending on the category of dog (bred for laboratories, belonging to individuals in France or uncontrolled in Tunisia). The rate drops from 100% to 59% in the case of semi-stray dogs as compared to laboratory dogs (Fig. 4). Urban dogs in Lima (Peru) exhibited better rates than in Tunisia, but the rates were still lower than in dogs kept under laboratory conditions (31). Although the health status of these populations had not been measured in the previous studies, this status is probably responsible for the differences observed by Teepsumethanon and colleagues (65) in Thailand: Thai pet dogs which had received one s.c. dose of rabies vaccine exhibited a better neutralising antibody response when they did not suffer from anaemia (Fig. 5). In 440 pets under quarantine in Hawaii, Sasaki and colleagues (56) demonstrated that those with internal parasites had significantly lower levels of neutralising antibodies than those without parasites.

### LEVEL OF NEUTRALISING ANTIBODIES IN SERA AND RESULTS OF CHALLENGE

### Challenge under laboratory conditions

In view of the serious problem posed by rabies, challenge of previously vaccinated dogs has often been performed even when a large proportion of the dogs under experiment exhibited a seroconversion. Moreover, such challenges are performed in response to doubts which have sometimes been cast on the significance of neutralising antibodies to rabies, due to the fact that high titres have been measured in human beings and animals dying of rabies. In fact, very few diseases show so clear a correlation as in rabies between seroconversion **before** challenge and protection from challenge.

741



**FIG. 4**

**Influence of the breeding standards of dogs on the level
of rabies antibody reached one year after vaccination**
Comparison of laboratory dogs, pet dogs in France
and stray dogs in Tunisia
(19)



**FIG. 5**

**Influence of the health status of Thai dogs on the level
of rabies antibody reached after one vaccination**
Comparison of dogs with or without anaemia
(65)

742

In the context of movement of dogs between countries, it is possible to check the efficiency of previous vaccinations. A large number of reports can be summarised by the simple comparison of the proportion of dogs surviving challenge vs. the proportion of dogs with detectable neutralising antibodies in serum just before challenge (i.e. theoretically when the neutralising antibody level is lowest). These summaries are given in Tables I to VIII.

Sikes and colleagues (62) employed several types of vaccine on dogs and challenged them one or three years after vaccination (Tables I and II). Sikes (61) commented on the three-year experiment as follows: "In this study, as in many others, presence of neutralising antibodies to rabies at the time of challenge did not indicate protection for all of the animals. Likewise, absence of neutralising antibodies in serum at the time of challenge did not mean the animals were unprotected. However, there was strong statistical significance ($P < 0.1$) that animals with neutralising antibodies at the time of challenge were better protected than those with no detectable neutralising antibodies."

### TABLE I

*Laboratory dogs: one intramuscular vaccination*
*with various vaccines, challenge with rabies virus NYC-Ga strain*
*one year after vaccination*
(61)

| Vaccine | Dogs with antibodies just before challenge (%) | Dogs surviving challenge |
|---|---|---|
| **Experiment 1** | | |
| LEP tissue culture | 88 | 9/10 |
| LEP tissue culture | 73 | 10/10 |
| ERA tissue culture | 73 | 10/10 |
| LEP chicken embryo | 70 | 10/10 |
| HEP tissue culture | 63 | 10/10 |
| CVS adjuvanted | 13 | 7/10 |
| None | 0 | 0/10 |
| **Experiment 2** | | |
| Suckling mouse brain | 95 | 10/10 |
| Suckling mouse brain | 67 | 10/10 |
| None | 0 | 0/10 |

LEP: low egg passage
HEP· high egg passage
ERA Elizabeth (Gaynor) Rokitniki Abelseth
CVS· challenge virus strain

Sikes employed the NYC-Ga (New York City-Georgia) dog salivary gland strain of rabies virus. The same strain has also been used for challenge in other experiments (Tables III to VI) and the results confirm each point of the statements made by Sikes (60) regarding vaccination of dogs:

*a)* generally, groups of dogs with a high percentage of seroconversion will have the highest probability of surviving challenge

743

## TABLE II

*Laboratory dogs: one intramuscular vaccination with various vaccines, challenge with rabies virus NYC-Ga strain three years after vaccination*
(61)

| Vaccine | Dogs with antibodies just before challenge (%) | Dogs surviving challenge |
|---|---|---|
| LEP tissue culture | 87 | 29/30 |
| LEP tissue culture | 69 | 26/29 |
| ERA tissue culture | 57 | 27/30 |
| LEP chicken embryo | 54 | 28/30 |
| Suckling mouse brain | 48 | 27/27 |
| HEP tissue culture | 42 | 27/29 |
| Suckling mouse brain | 28 | 23/29 |
| CVS adjuvanted | 0 | 17/29 |
| None | 0 | 3/30 |

| Results of challenge | Antibodies before challenge | |
|---|---|---|
| | yes | no |
| Rabid | 3 * | 26 |
| Surviving | 157 | 47 |

* titres of 1/2, 1/3 and 1/5 (endpoint neutralising dilutions of the serum)

## TABLE III

*Laboratory dogs: one vaccination with HEP vaccine, challenge with rabies virus NYC-Ga strain three years after vaccination*
(22)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
|---|---|---|
| **Intramuscular injection** | | |
| Undiluted | 29/30 | 30/30 |
| Diluted 1/10 | 6/10 | 10/10 |
| Diluted 1/100 | 4/10 | 9/10 |
| **Subcutaneous injection** | | |
| Undiluted | 4/29 | 17/29 |
| Diluted 1/10 | 0/9 | 2/9 |
| Diluted 1/100 | 0/8 | 2/8 |
| **None** | 0/30 | 0/30 |

744

### TABLE IV

*Laboratory dogs: subcutaneous vaccination with*
*tissue culture vaccine, challenge with rabies virus NYC-Ga strain*
*twenty-seven months after vaccination*
(8)

| Antigenic value of vaccine * | Dogs with detectable antibodies 12 months after vaccination | Dogs surviving challenge | |
| --- | --- | --- | --- |
| | | Vaccinated | Controls |
| 0.6 | 8/8 | 8/8 | 0/7 |
| 1.7 | 19/20 | 17/18 ** | 3/12 |
| 4.6 | 10/10 | 9/9 | |
| 2.3 | 6/9 | 8/9 *** | 4/12 |

\* measured by the NIH test, expressed in IU/dose
\*\* The dog which died of rabies had always had the lowest antibody titre in the group
\*\*\* The dog which died of rabies had never seroconverted

### TABLE V

*Laboratory dogs: subcutaneous vaccination with*
*tissue culture vaccine, challenge with rabies virus NYC-Ga strain*
*three years after vaccination*
(52)

| Vaccination | Dogs with serum antibodies >0.5 IU/ml just before challenge | Dogs surviving challenge | |
| --- | --- | --- | --- |
| | | Vaccinated | Controls |
| One injection of adjuvanted vaccine | 29/30 | 29/30 | 0/20 |

### TABLE VI

*Laboratory dogs: intramuscular vaccination with tissue culture*
*adjuvanted vaccine, challenge with rabies virus NYC-Ga strain*
*three years after vaccination*
(59)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
| --- | --- | --- |
| Yes | 14/25 | 23/25 * |
| No | 0/10 | 2/10 |

\* One of the two dogs which died following challenge was seronegative, the other had a titre of 1/4 (endpoint neutralising dilution of the serum)

745

*b)* on an individual basis:

a dog with neutralising antibodies just **before challenge** will have the best chance of surviving a severe challenge

— a dog with no detectable neutralising antibodies just before challenge will have a high chance of surviving a severe challenge if it seroconverted **after vaccination**

some dogs will not survive a severe challenge even if they have detectable neutralising antibody titres **before challenge**; generally these titres are the lowest of the group.

In studies of fox strains of rabies virus (Tables VII and VIII), the possibility of procuring a strong immunity as long as four to five years after vaccination, and of enhancing protection by the use of adjuvanted vaccines, has been demonstrated. These studies also confirmed the correlation between neutralising antibodies and protection against a fox strain.

### TABLE VII

*Laboratory dogs: intramuscular vaccination with ERA vaccine,*
*challenge with rabies virus fox strain*
*four or five years after vaccination*
(44)

| Vaccination | Dogs with detectable antibodies just before challenge | Dogs surviving challenge |
|---|---|---|
| **Four years before challenge** | | |
| Yes | 5/10 | 7/10 |
| No | 0/9 | 0/9 |
| **Five years before challenge** | | |
| Yes | 7/14 | 13/14 |
| No | 0/14 | 5/14 |

### TABLE VIII

*Laboratory dogs: subcutaneous vaccination with adjuvanted*
*tissue culture vaccine, challenge with rabies virus fox strain*
*two years after booster vaccination*
(38)

| Antigenic value of vaccine * | Dogs with detectable antibodies just before challenge | Dogs surviving challenge Vaccinated | Controls |
|---|---|---|---|
| 4.2 | 9/10 ·** | 10/10 | 0/5 |

\* measured by the NIH test, expressed in IU/dose
\*\* two dogs with an antibody titre <0 5 IU/ml

746

Bunn and colleagues (28, 29) gathered pre-challenge neutralising antibody titres and challenge results obtained on dogs by the United States National Veterinary Services Laboratories and by vaccine manufacturers. Most of the dogs were challenged with the NYC-Ga strain, but results obtained with fox or skunk strains were also added. Sera were titrated either by the virus neutralisation test in mice (MNT) (5) or the rapid fluorescent focus inhibition test (RFFIT) (62). Data on neutralising antibodies originally expressed in arithmetical dilutions by Bunn (26, 27) have been converted into IU in Figure 6. Beyond 0.03 IU/ml with the MNT or 0.05 IU/ml with the RFFIT, the expected survival to challenge by a dog strain reaches 95%. With 288 dogs having RFFIT titres above 0.1 IU/ml, a 100% survival rate was obtained. The maximum survival rate observed among animals with the highest neutralising antibody titres measured by MNT was 99.5%.



■ virus neutralisation test in mice (MNT)    □ rapid fluorescent focus inhibition test (RFFIT)

approximately 0% (precise data not given)

FIG. 6

**Survival rate after challenge of laboratory dogs correlated with the level of rabies antibody reached before challenge**
Dogs were vaccinated with various vaccines and challenged one year after vaccination with NYC Ga, fox or skunk strains; the number of dogs in each class is written at the top of the bars
(27)

Given the higher susceptibility of dogs to dog strains (e.g. NYC Ga), which was proven by cross challenge of dogs with homologous and heterologous (fox) strains (15, 17), the challenge with fox strains could be expected to be less severe. Unfortunately, the data are too scarce to permit a definitive conclusion.

747

### Natural infection of vaccinated dogs

The number of vaccinated dogs which become naturally infected is related to several factors other than vaccine potency, such as probability of encountering an infected animal, severity of bites, health status and immune efficiency of the vaccinated dogs, and host virus adaptation. Such considerations could explain why vaccinated dogs suffer rabies more often in the course of dog rabies enzootics than during fox rabies enzootics. In Thailand, 9% of the dogs found positive upon laboratory diagnosis had been vaccinated within the previous two years (39). In Nigeria, a survey of 2,500 dogs vaccinated over two years, showed that at least four died of rabies three to eight months after vaccination (1, 2).

The following reasons (16) for the failure of immunity may be suggested:

inappropriate vaccination with inadequately stored or improperly injected vaccine

– vaccination during the incubation of rabies or before the onset of an immunological response

– a heavy challenge overwhelming host defences

– intrinsic incapacity in the host.

Whatever the origins of rabies cases recorded in vaccinated dogs, their number seems relatively low in areas contaminated with fox rabies (e.g. in Europe) (20). In France, only ten cases of so-called vaccination failures in dogs (and four among cats) have been registered over a period of twenty-three years (6). This number should be compared with the 4,250,000 cats and dogs vaccinated annually in France (this figure is based on the annual number of vaccine doses sold for domestic carnivores). The probability of a cat or dog becoming rabid if vaccinated can be estimated as $14/(23 \times 4,250,000)$, which is less than $1/6,980,000$. In France, dogs in contact with a rabid animal in an enzootic area are not sacrificed and can be kept alive if, prior to contamination, they have been properly vaccinated (with certificate and identification). In such cases, the animals are immediately revaccinated. A study of more than 3,500 dogs which had close contacts (bites in 36% of cases) with foxes (mainly) or other carnivores which were diagnosed as rabid by laboratory examination, revealed that only three dogs developed rabies (50). The failure rate in animals which were **definitely contaminated** can be estimated as $3/3,500$, given that injection of vaccine after contamination has been shown to provide no protection (20). It must be emphasised that these failures were recorded before 1984 and that failure is now less probable, given the generalisation of adjuvanted vaccines for dogs. In the United States of America, four rabies vaccine failures were recorded in cats and dogs in 1988 with 33,182,575 vaccinated domestic carnivores the same year (rate – $1/8,296,000$) (34).

Such evaluations could be useful in comparing the risks of vaccination with those of quarantine. For even when they are strictly managed, quarantines still entail a risk. For instance, in many countries, the quarantine period is six months. However, longer incubation periods have been reported in dogs (8.5 months after challenge) (67) and in other carnivores (12 months or more for foxes) (57). According to Sasaki and colleagues (55), Beynon determined that a quarantine period of nine months would be necessary to detect all cases of incubating rabies with a 95% degree of confidence.

748

# STUDIES IN CATS

## NEUTRALISING ANTIBODIES AFTER VACCINATION

Although fewer studies have been conducted on vaccination of cats against rabies, several of the characteristics observed in dogs were also observed in cats:

the kinetics of neutralising antibodies follow the same profile in the two species (8, 23, 64)

the relationship between the potency of vaccines and the level of neutralising antibodies: Lawson and colleagues (44) have shown that the less diluted modified live vaccines induced the highest rate of seroconversion in vaccinated cats (Table IX) but Lazarowicz and colleagues (45) obtained no correlation of the antigenic value of inactivated virus vaccines as determined by the NIH test and mean neutralising antibody titres in vaccinated cats; however, as for dogs, it is necessary to take account of the fact that the production of antibodies (and protection against challenge) obtained after administration of live virus vaccine (44) and inactivated virus vaccine (45) can show great divergence and are not readily comparable

the greater efficacy of intramuscular vaccination (59) (Table X).

### TABLE IX

*Laboratory cats: intramuscular vaccination with various vaccines, challenge with rabies virus fox strain five weeks and four years after vaccination*
(44)

| Vaccination | Cats with detectable antibodies just before challenge | Cats surviving challenge |
|---|---|---|
| **Five weeks before challenge** | | |
| ERA undiluted or diluted 1/10 | 19/19 | 19/19 |
| Inactivated virus vaccine undiluted or diluted 1/10 | 20/20 | 20/20 |
| ERA diluted 1/100 or 1/1,000 | 5/20 | 12/20 |
| HEP diluted 1/1,000 | 1/40 | 11/40 |
| Inactivated virus vaccine diluted 1/1,000 | 0/5 | 2/5 |
| None | 0/11 | 3/11 |
| **Four years before challenge** | | |
| ERA | 7/8 | 8/8 |
| None | 0/8 | 1/10 |

ERA· Elizabeth (Gaynor) Rokitniki Abelseth
HEP. high egg passage

Concerning the influence of age, Précausta and colleagues (53) described the good neutralising antibody response achieved by three month-old kittens, even those born of immune queens.

To our knowledge, Blancou and colleagues (18, 19) are the only authors who have tested vaccination results on owned cat populations. Pet cats appeared to respond well to the administration of an adjuvanted vaccine. In contrast, the same authors

749

**TABLE X**

*Laboratory cats: intramuscular vaccination with tissue culture adjuvanted vaccine, challenge with rabies virus NYC-Ga strain one to three years after vaccination*
(59)

| Vaccination | Cats with detectable antibodies just before challenge | Cats surviving challenge |
|---|---|---|
| **One year before challenge** | | |
| Yes (subcutaneous) | 5/5 | 5/5 |
| No | 0/4 | 0/4 |
| **Three years before challenge** | | |
| Yes (intramuscular) | 25/25 | 24/25 * |
| No | 0/10 | 1/10 |

* Prior to challenge, the cat which died of rabies had an antibody titre of 1/2 (endpoint neutralising dilution)

obtained mild or zero neutralising antibody responses when vaccinating cats sampled from stray populations in France. With stray cats, the worst result was obtained with non-adjuvanted vaccines: 5 of 9 individuals did not respond (Fig. 7).



laboratory cats          pet cats          stray cats

**FIG. 7**

**Influence of the breeding standards of cats on the level of rabies antibody reached one year after vaccination**
Comparison between laboratory cats, pet cats in France and stray cats in Tunisia
(19)

750

## LEVEL OF NEUTRALISING ANTIBODIES
## AND RESULT OF CHALLENGE

**Challenge under laboratory conditions**

Although there are few field studies on the immunity of pet or stray cat populations, there are numerous laboratory studies on challenge of vaccinated cats (Tables IX to XII).

### TABLE XI

*Laboratory cats: subcutaneous vaccination with*
*tissue culture vaccine, challenge with rabies virus NYC-Ga strain*
*3.4 to 3.7 years after vaccination*
(64)

| Vaccination | Cats with antibodies >0.5 IU/ml 0-6 months before challenge | Cats surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| Non-adjuvanted vaccine | 8/8 | 8/8 | 0/5 |
| Adjuvanted vaccine | 5/5 | 5/5 | 0/5 |
| Adjuvanted vaccine | 8/11 | 10/10 | 1/10 |

### TABLE XII

*Laboratory cats: challenged with rabies virus NYC-Ga strain*
*four to six-and-a-half months after vaccination*
(42)

| Vaccination | Cats with antibodies >0.5 IU/ml just before challenge | Cats surviving challenge | |
|---|---|---|---|
| | | Vaccinated | Controls |
| Inactivated virus in cell culture | | | |
| antigenic value  0.9 * | 8/8 | 7/8 ** | |
| antigenic value  1.8 * | 5/8 | 8/8 | 0/16 |
| Modified live virus | | | |
| ERA | 2/8 | 3/8 *** | |

\* measured by the NIH test, expressed in IU/dose

\*\* The cat which died of rabies had a pre-challenge titre of 5 34 IU/ml

\*\*\* The cats which died of rabies had the lowest antibody titres

ERA. Elizabeth (Gaynor) Rokitniki Abelseth

Challenge was performed with a dog strain (NYC-Ga) mimicking the situation of canine street rabies (42, 61, 64) or, in other experiment, a fox strain mimicking the situation of sylvatic fox rabies in continental Europe (38, 44). With both strains, the general conclusion was the same as for dogs: the probability of a cat surviving challenge can be predicted by the level of neutralising antibodies. Of course, unexpected deaths can occur: Kihm and colleagues (42) reported a rabies death in

751

a cat which had a pre-challenge titre of 5.34 IU and Blancou and colleagues (18) in another cat with a pre challenge titre of 0.87 IU/ml.

The cumulative challenge results on cats reported by Bunn (26, 27) are described in Figure 8 and Tables XIII and XIV. With a neutralising antibody level of more than 0.1 IU (measured by MNT) or more than 0.2 IU (measured by RFFIT), all of the cats survived challenge.



■ virus neutralisation test in mice (MNT)    □ rapid fluorescent focus inhibition test (RFFIT)

approximately 20% (precise data not given)

**FIG. 8**

**Survival rate after challenge of laboratory cats correlated with the level of rabies antibody reached before challenge**
Cats were vaccinated with various vaccines and challenged one year after vaccination with NYC-Ga, fox or skunk strains; the number of cats in each class is written at the top of the bars
(27)

## Natural infection of vaccinated cats

The safety problem associated with the receptivity of cats to live virus vaccines such as Flury LEP and HEP or Street Alabama Dufferin (SAD) strain vaccines will not be reviewed here (11). But it should be remembered that while cats are the species with the largest number of rabies cases directly induced by the inoculation of live modified virus strains, other species such as dogs and foxes are also receptive (72).

752

### TABLE XIII

*Challenge results from rabies immunogenicity tests conducted in dogs and cats with vaccines approved for use in the United States of America*
(27)

| Vaccine | Antibody titre * | | | | |
| --- | --- | --- | --- | --- | --- |
| | <5 | 5-9 | 10-19 | 20-39 | ≥40 |
| Flury modified live vaccine | 1/50 ** | 0/16 | 0/26 | 0/15 | 0/40 |
| SAD modified live vaccine | 5/55 | 3/36 | 1/41 | 0/35 | 1/188 |
| SAD inactivated virus, tissue culture origin | 21/156 | 2/63 | 1/116 | 0/79 | 0/150 |
| Pasteur inactivated virus, tissue culture origin | 5/44 | 1/45 | 0/38 | 0/32 | 0/76 |
| Pasteur inactivated virus, nervous tissue origin | 13/133 | 2/62 | 5/73 | 1/34 | 0/164 |

* antibody titres expressed as 50% endpoint neutralising dilutions established by either the virus neutralisation test in mice (MNT) or the rapid fluorescent focus inhibition test (RFFIT)
** dead/challenged
SAD: Street Alabama Dufferin strain

### TABLE XIV

*Neutralising antibody titres in dogs and cats and protection from challenge with rabies virus*
(26)

| Animals | Antibody test | Antibody titre * | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | <5 | 5-9 | 10-19 | 20-39 | ≥40 |
| Dogs | MNT | 56/251 ** | 9/100 | 9/92 | 1/63 | 0/171 |
| | RFFIT | 84/241 | 13/112 | 9/119 | 0/87 | 0/201 |
| | Total | 140/492 | 22/212 | 18/211 | 1/150 | 0/372 |
| Cats | MNT | 25/155 | 5/57 | 5/94 | 0/33 | 0/144 |
| | RFFIT | 17/87 | 3/59 | 1/62 | 1/49 | 1/187 |
| | Total | 42/242 | 8/116 | 6/156 | 1/82 | 1/331 |

* antibody titres expressed as 50% endpoint neutralising dilutions established by either the virus neutralisation test in mice (MNT) or the rapid fluorescent focus inhibition test (RFFIT)
** dead/challenged

Inactivated virus vaccines are employed on cats as they are more efficient in protecting the species against natural challenge. However, considering the results of challenge experiments on vaccinated cats, natural infection among vaccinated pet cats is suspected to be as frequent as for vaccinated dogs. But investigations on rabies cases in vaccinated cats are scarce: apart from the four cases reported in France (6) there appear to be no other reports. This discrepancy is due to the fact that dogs have been studied considerably more than cats.

## THE SIGNIFICANCE OF NEUTRALISING ANTIBODIES
## IN NON-VACCINATED CARNIVORES

### Non-specific and specific neutralising factors

Sekine and colleagues (58) found that sera of normal rabbits and guinea-pigs contained non-specific inhibitors capable of neutralising the virus in the presence of complement. In a well-conducted seroneutralisation on mice, inactivation of sera is performed for 30 minutes at 56°C. Virus inhibition by other substances was described in infected skunks and foxes (74). Infection by mycobacteria, e.g. Bacillus Calmette-Guérin (BCG), can also induce the production of rabies neutralising antibodies in mice and provide protection against rabies in a number of animals (70). Since more specific immunological tests (such as enzyme-linked immunosorbent assay: ELISA) have become widespread, non-specific neutralising factors have not generated further scientific reports.

In endemic areas, serosurveys in wild carnivores demonstrated a high proportion of apparently healthy individuals with neutralising antibodies in serum (54, 71) and it has been suggested that these antibodies may have been produced following contact with virus from other species and were, therefore, immunising but rarely fatal (12). However, the same observations have also been reported for dog populations in areas where dog rabies is endemic: in Thailand, in areas where no canine vaccination programme has ever been conducted, 15-20% of dogs had neutralising antibodies, yet remained perfectly normal when observed for prolonged periods (75); similar results had also been reported previously in other countries of Asia and in Africa (3, 36). These observations correlate with the high probability of inter-individual contamination within the reservoir species, which is not the case for pet populations in areas where rabies is endemic. The possibility of non fatal contamination of dogs by non-canine strains (e.g. those from wild animals living in the region) has also been proposed (20). Several questions thus arise regarding:

*a)* the specificity of serum titrations and the threshold level for protection against rabies

*b)* the possibility of rabies outbreaks in naturally seroconverted dogs, and the interval between seroconversion and the onset of clinical symptoms.

### Rabies infections

The viral infection triggers the production of neutralising antibodies. When a high dose of rabies virus reaches the central nervous system, neutralising antibodies are not detectable before or at the onset of clinical signs; they are usually induced by longer incubation periods. This phenomenon has been studied mainly in laboratory rodents, which supply the chief model of rabies immunopathology (49, 73). Unfortunately (but not surprisingly, considering the difficulty of handling rabid carnivores), there appears to be no literature on the frequency and intensity of neutralising antibody production in non-vaccinated infected cats and dogs. Some data can be found in articles by Artois and colleagues (4), Blancou and colleagues (17) and Fekadu (36) regarding latent or abortive rabies.

Bell and colleagues (10) proved that dogs which recovered from rabies after intracerebral inoculation of homologous strains, had high titres of neutralising antibody in the cerebrospinal fluid as well as in serum and retained these titres for

754

several months, whereas vaccinated dogs did not have high cerebrospinal fluid titres. Murphy and colleagues (48) demonstrated the same phenomenon in cats.

Bell and colleagues (9) were the first to apply cerebrospinal fluid titration for an epidemiological survey. Of 120 dogs sampled in an area where rabies was enzootic (Buenos Aires), none was found to be positive; thus, it cannot be concluded that non fatal rabies is common.

Blenden and colleagues (21) have suggested that the kinetics of antibody levels in blood and cerebrospinal fluid should be compared, to determine whether specific antibodies have been produced by infection or by immunisation. Without a booster after a first blood and cerebrospinal sampling, the antibody level should remain stable in cases of immunisation, or increase in cases of infection. In fact, such procedures have never been routinely used anywhere. Indeed, given the variability of the titration test, the constancy of an antibody titre over time is difficult to verify even in a vaccinated animal.

Given the lack of easily-performed experimental methods, the only basis for considering that an individual dog or cat possessing rabies neutralising antibodies has been vaccinated is good individual identification and certification.

## DISCUSSION

Laboratory conditions described in the challenge of vaccinated cats and dogs generally appear more severe than natural conditions of challenge in the field. In normal practice, experimenters use extremely long intervals between vaccination and challenge (three to five years) and high virus doses involving 100% mortality in controls. In areas contaminated by fox rabies, natural challenge is not as severe for dogs and this could compensate for the fact that the health status of pets may be lower than that of dogs bred in the laboratory. Epidemiological observation is by far the more important evidence; in continental Europe, rabies vaccination of cats and dogs is so efficient that where the annual risk of a fatal case of rabies has been evaluated for a vaccinated pet, this risk is minute (1/6,980,000). It is also noteworthy that in continental Europe, fox rabies has never been propagated by domestic animals from an enzootic area to a free one     even if administrative rules concerning compulsory confinement, leashing or vaccination have sometimes been broken either deliberately or by the simple fact that rabid pets have escaped from their owners.

If a neutralising antibody titration was required for certifying the immunological capacity of vaccinated animals, two questions would arise regarding:

*a)* the choice of techniques for antibody titration

*b)* the definition and acceptance of a minimum antibody titre considered as providing protection against rabies.

A general analysis of challenge experiments leads to the conclusion that neutralising antibody titres enable prediction of survival more often on a qualitative basis (i.e. Do the animals have detectable neutralising antibodies or not?) than on a quantitative basis. This fact becomes apparent when one tries to determine a "protective" threshold. For this purpose, either method of seroneutralisation (RFFIT

or MNT) can be employed, provided a correlation between the two methods has been demonstrated in the same laboratory (14, 66).

Agreements on the international transfer of dogs and cats could be formulated, therefore, based on a designated minimum level of neutralising antibodies, and could be proposed as an alternative to quarantine measures. The designated threshold could be based on the results presented in this study. The security of the protection constituted by this threshold would be increased by the extent to which it excedes the level recognised as effective against experimental challenge in cats and dogs (0.1 IU/ml and 0.2 IU/ml, respectively, measured by RFFIT).

## ACKNOWLEDGEMENT

The author wishes to express his gratitude to Dr J. Blancou for kindly revising the manuscript of this paper.

\*
\* \*

## SIGNIFICATION PRATIQUE DES ANTICORPS RABIQUES CHEZ LE CHAT ET LE CHIEN.

M.F.A. Aubert.

*Résumé : Le rôle protecteur des anticorps sériques neutralisant le virus rabique a parfois été mis en doute. Mais même si les patients ou les animaux qui meurent de rage peuvent produire des anticorps à des titres élevés, même si des cas de rage ont été décrits chez des animaux préalablement vaccinés et même si la composante cellulaire de l'immunité peut participer pour une bonne part à la protection, un très grand nombre d'expériences de laboratoire et d'observations de terrain prouvent que les chats et les chiens qui ont produit des anticorps neutralisants spécifiques après la vaccination et avant l'épreuve virulente ont une probabilité très élevée de survivre à une épreuve virulente, quelle que soit la dose ou la souche virale utilisée.*

*En conséquence, le titrage des anticorps neutralisant le virus rabique peut constituer une garantie supplémentaire au certificat de vaccination des carnivores domestiques lors des transferts internationaux. Les modalités de quarantaine devraient aussi être adaptées aux données épidémiologiques de la rage qui sévit dans le pays d'origine de ces carnivores. Ces données peuvent être, par exemple, les statistiques des échecs vaccinaux chez ces espèces ainsi que le caractère d'adaptation aux différentes espèces hôtes, des souches de virus rabique qui circulent dans ces pays.*

MOTS-CLÉS : Anticorps neutralisant   Chat   Chien   Rage - Survie à l'épreuve.

\* \*

## SIGNIFICADO PRÁCTICO DE LOS ANTICUERPOS ANTIRRÁBICOS EN EL GATO Y EL PERRO.

M.F.A. Aubert.

*Resumen: Los anticuerpos antirrábicos seroneutralizantes han sido a menudo sospechados de no conferir una buena protección contra la rabia. Es cierto que en los casos humanos y animales de muerte por rabia, los sujetos pueden producir*

756

*altos índices de anticuerpos; se han observado también casos de rabia en animales que habían sido previamente vacunados; enfin, la inmunidad celular puede efectivamente actuar sobre la protección. Sin embargo, a pesar de estos hechos, numerosas pruebas de laboratorio y observaciones de campo han demostrado que los gatos y perros que producen anticuerpos neutralizantes específicos después de haber sido vacunados y antes de ser sometidos a la prueba virulenta, tienen probabilidades muy altas de sobrevivir a dicha prueba, cualquiera sea la dosis o la cepa viral empleada.*

*Por lo tanto, además del certificado de vacunación, la indicación de los títulos de anticuerpos neutralizantes antirrábicos puede constituir una garantía adicional durante el transporte internacional de carnívoros domésticos. Las medidas de cuarentena igualmente deben ser adaptadas a la situación epidemiológica de la rabia en el país de origen de los animales. Los datos epidemiológicos relevantes son, por ejemplo, las estadísticas relativas a los fracasos de la vacunación en dichas especies, así como las características de adaptación de las cepas de virus rábico existentes en esos países a diferentes especies huéspedes.*

PALABRAS CLAVE: Anticuerpos neutralizantes - Gato   Perro - Rabia - Resistencia a la prueba.

## REFERENCES

1. AGHOMO H.O. & RUPPRECHT C.E. (1990).   Antigenic characterisation of virus isolates from vaccinated dogs dying of rabies. *Trop. Anim. Hlth Prod.*, **22**, 275 280.

2. AGHOMO H.O. & RUPPRECHT C.E. (1990).   Further studies on rabies virus isolated from healthy dogs in Nigeria. *Vet. Microbiol.*, **22**, 17 22.

3. ANDRAL L. & SERIE C. (1965).   Etude expérimentale sur la rage en Ethiopie. *Ann. Inst. Pasteur*, **108**, 442-450.

4. ARTOIS M., AUBERT M.F.A., BLANCOU J. & PERICARD M. (1984).   Rage expérimentale du chat : sensibilité   symptômes   excrétion du virus. *Rev. Méd. vét.*, **135** (5), 281 287.

5. ATANASIU P. (1973).   Quantitative assay and potency test of antirabies serum and immunoglobulin. *In* Laboratory technique in rabies, 3rd Ed. WHO, Geneva, 314 318.

6. AUBERT M.F.A. & BARRAT J. (1991).   Les échecs de vaccinations chez les animaux domestiques. *Bull. Epidémiol. mensuel Rage anim. France*, **21** (5), 1.

7. BARTH R. & JAEGER O. (1977).   Zur Prufung der Immunitats Dauer von Tollwutkombinationsvaccinen am Hund. *Die blauen Hefte für den Tierarzt*, **57**, 337 346.

8. BARTH R., GRUSCHKAU H. & JAEGER O. (1985).   Chick embryo cell inactivated rabies vaccine for veterinary use. Laboratory and field experience. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bögel, eds). Springer Verlag, Berlin, 241 248.

9. BELL J.F., GONZALEZ A.M., DIAZ B. & MOORE G.J. (1971).   Nonfatal rabies in dogs. Experimental studies and results of a survey. *J. Am. vet. Res.*, **32** (12), 2049-2058.

10. BELL J.F., SANCHO M.I., DIAZ A M. & MOORE G.J. (1972)   Nonfatal rabies in an enzootic area. Results of a survey and evaluation of techniques. *Am. Epidemiol.*, **95** (2), 190 198.

11 BELLINGER D.A., CHANG J., BUNN T.O., PICK J.R., MURPHY M. & RAHIJA R. (1983). Rabies induced in a cat by high egg passage Flury strain vaccine. *J. Am. vet. med. Ass.*, **183**, 997.

12. BLANCOU J. (1988).     Ecology and epidemiology of fox rabies. *Rev. infect. Dis.*, **10** (Suppl. 4), S606 S609.

13. BLANCOU J., AUBERT M.F.A., TOMA B. & ANDRAL L. (1980).     Immunité humorale du chien après primo vaccination contre la rage : étude dans les conditions de la pratique. *Recl Méd. vét.*, **150** (4), 313 318.

14. BLANCOU J., AUBERT M.F.A. & CAIN E. (1983).     Comparaison de quatre techniques de titrages sérologiques des anticorps contre le virus de la rage chez le chien. *J. biol. Standard.*, **11**, 271-277.

15. BLANCOU J., AUBERT M.F.A. & SOULEBOT J.P. (1983).     Différences dans le pouvoir pathogène de souches de virus rabique adaptées au renard ou au chien. *Ann. Inst. Pasteur Virol.*, **134**E, 523 531.

16. BLANCOU J., FIRON J.P. & FIRON P.E. (1983). – Défaut de réaction immunitaire du chien après vaccination contre la rage. Etude d'un cas. Conséquence. *Rec. Méd. vét.*, **159** (10), 789 793.

17. BLANCOU J., AUBERT M.F.A. & PERRIN G. (1985).     Rage expérimentale du chien. Sensibilité, symptôme, excrétion du virus. Réaction immunitaire et résistance trois ans après vaccination. *Rev. Méd. vét.*, **136** (2), 147 152.

18. BLANCOU J., ARTOIS M., BARRAT J. & PRAVE M. (1986).     Vaccination du chat contre la rage : taux d'anticorps et résistance à l'épreuve un an après vaccination. *Rev. Méd. vét.*, **137** (17), 29-36.

19. BLANCOU J., AUBERT M.F.A., PRAVE M. & HADDAD N. (1986).     Influence du statut sanitaire des Carnivores sur leur capacité à s'immuniser contre la rage. *Sci. Tech. Anim. Lab.*, **11** (3), 237-242.

20. BLANCOU J., SORIA BALTAZAR R., ARTOIS M., TOMA B. & ROLLIN P. (1989).     Rabies despite pre- or post-exposure vaccination. *In* Progress in rabies control (O. Thraenart, H. Koprowski, K. Bogel & P. Sureau, eds). Wells Medical, 441-447.

21. BLENDEN C.D., TORRES ANJEL M.J. & SATALOWITCH F.T. (1985).     Applications of laboratory technology in the evaluation of the risk of rabies transmissions by biting dogs and cats. *Adv. Anim. Welfare Sci.*, 221-246.

22. BROWN A.L., MERRY D.L. & BECKENHAUER W.H. (1973).     Modified live virus rabies vaccine produced from Flury high egg passage virus grown on an established canine-kidney cell line: three-year duration of immunity study in dogs. *J. Am. vet. Res.*, 34 (11), 1427-1432.

23. BRUN A., CHAPPUIS G., PRECAUSTA P. & TERRE J. (1976).     Immunisation des chats contre la panleucopénie et la rage. *Rev. Méd. vét.*, 127 (11), 1575 1580.

24. BUNN T.O. (1983).     Rabies vaccine for use in dogs. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, M. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 262-273.

25. BUNN T.O. (1985).     Rabies vaccine for use in dogs. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, M. Koprowski & K. Bogel, eds). Springer Verlag, 221-226.

26. BUNN T.O. (1991).     Cat rabies. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 379 387.

27. BUNN T.O. (1991).     Canine and feline vaccines, past and present. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 415 425.

28. BUNN T.O. & RIDPATH M.D. (1983).     The relationship between rabies antibody titers in dogs and protection from challenge. *Rabies Info. Exch.*, 8, 43-45.

29. BUNN T.O., RIDPATH H.D. & BEARD P.D. (1984).     The relationship between rabies antibody titers in dogs and cats and protection from challenge. *Rabies Info. Exch.*, 11, 8 13.

30. CHAPPUIS G. & TIXIER G. (1982).     Etude de la relation existant entre le titre NIH et les anticorps séroneutralisants obtenus après vaccination chez les chiens. *Comp. Immun. Microbiol. infect. Dis.*, 5 (1-3), 151-157.

758

31. CHOMEL B., CHAPPUIS G., BULLON F., CARDENAS E., DE BEUBLAIN T.D., MAUFRAIS M.C. & GIAMBRUNO E. (1987). — Serological results of a dog vaccination campaign against rabies in Peru. *Rev. sci. tech. Off. int. Epiz.*, 6 (1), 97-113.

32. DEAN D.J., EVANS W.M. & THOMPSON W.R. (1964). — Studies on the low egg passage Flury strain of modified live rabies virus produced in embryonating eggs and tissue culture. *Am. J. vet. Res.*, 25, 756-763.

33. DERBYSHIRE J.B. & MATTHEWS K.A. (1984).   Rabies antibody titres in vaccinated dogs. *Can. vet. J.*, 25, 383-385.

34. ENG T.R. & FISHBEIN D.B. (1990).   Epidemiological factors, clinical findings and vaccination status of rabies in cats and dogs in the United States in 1988. *J. Am. vet. med. Ass.*, 197 (2), 201-209.

35. ENGELS M., FLUCKIGER M., KNUSLI K. & WYLER R. (1982).   Der Immunstatus gegen Tollwut bei 200 geimpften Hunden aus dem Kanton Zürich. *Schweizer Arch. Tierheilk.*, 124, 149-156.

36. FEKADU M. (1991).   Latency and aborted rabies. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 191 198.

37. FUENZALIDA E. (1967).   Estado actual de desarrollo de la vacuna antirrábica preparada de cerebros de ratones lactantes en Latinoamérica. *In* First International Seminar on Rabies, Buenos Aires, 417.

38. GANIERE J.P., ANDRE-FONTAINE G., BLANCOU J., ARTOIS M. & AUBERT A. (1989). Vaccination antirabique du chien et du chat : taux d'anticorps et résistance à l'épreuve virulente deux ans après l'injection de rappel d'un vaccin additionné d'adjuvant. *Rev. Méd. vét.*, 140 (4), 281-285.

39. HEMACHUDHA T. (1989).   Rabies. *In* Handbook of clinical neurology. Viral diseases (P.J. Vinken, G.W. Bruyn & H.L. Klawans, eds). Elsevier, 383-404.

40. HIRAYAMA N., RAHARJO JUSA E., AENY ROCHMAN NOOR M., SAKAKI K. & OGATA M. (1990).   Immune state of dogs injected with rabies vaccines in the West Java, Indonesia. *Jpn. J. vet. Sci.*, 52 (5), 1099-1101.

41. KAEBERLEE M.L. (1958).   Newer tools for the prevention of rabies in domestic animals. *Ann. N.Y. Acad. Sci.*, 70 (3), 467 477.

42. KIHM U., LAZAROWICZ M., BOMMELI W. & ZUTTER R. (1982).   Potency of two rabies vaccines in cats as determined by antibody assay and virulent virus challenge. *Comp. Immun. Microbiol. infect. Dis.*, 5 (1-3), 227 232.

43. KOUTCHOUKALI M.A., BLANCOU J., CHAPPUIS G., TIXIER G., ELOIT M., GANIERE J.P., CHANTAL J., SIMON S., BERTHIER A. & TOMA B. (1985).   Réponse sérologique du chien après primovaccination antirabique à l'aide de vaccins adjuvés ou non. *Ann. Rech. vét.*, 16, 345-349.

44. LAWSON K.F. & CRAWLEY J.F. (1972). — The ERA strain of rabies vaccine. *Rev. can. Méd. comp.*, 36, 339-344.

45. LAZAROWICZ M., KIHM V., BOMMELI W. & ZUTTER R. (1982).   Potency testing of inactivated rabies vaccines in mice, dogs and cats. *Comp. Immun. Microbiol. infect. Dis.*, 5 (1 3), 233-235.

46. MERRY D.L., BROWN A.L. & BECKENHAUER W.H. (1970).   Subcutaneous vs. intramuscular inoculation of dogs. *Vet. Bull.*, 40, 190.

47. MERRY D.L. & KOLAR J.R. (1984).   A comparative study of four rabies vaccines. *Vet. Med. small Anim. Clin.*, 79 (5), 661 664.

48. MURPHY A.F., BELL F.J., BAUER S.D., GARDNER J.J., MOORE G.J., HARRISON A.K. & COE E.J. (1980).   Experimental chronic-rabies in the cat. 43 (3), 231-241.

49. NATHANSON N. & GONZALES SCARANO F. (1991).   Immune response to rabies virus. *In* The natural history of rabies, 2nd Ed. (G. Baer, ed.). CRC Press, 145-161.

50. PRAVE M. (1985).      Mesures conservatoires légales appliquées aux animaux contaminés
de rage en France. Bilan après 8 ans (1976 1984). *In* Pasteur et la rage (R. Rosset, ed.).
*Infos tech. Serv. vét.,* **92-95,** 264S-269S.

51. PRECAUSTA P. (1972).      Vaccin antirabique inactivé à usage vétérinaire préparé à partir
de culture cellulaire. *Symp. Ser. immunobiol. Stand.*, **21,** 162-178.

52. PRECAUSTA P., SOULEBOT J.P., BUGAND M., BRUN A. & CHAPPUIS G. (1982).
Modalités de production et immunité conférée par un vaccin antirabique inactivé provenant
de culture cellulaire. *Comp. Immun. Microbiol. infect. Dis.*, 5, 217 226.

53. PRECAUSTA P., SOULEBOT J.P., CHAPPUIS G., BRUN A., BUGAND M. & PETERMANN M.G.
(1985).      NiL cell inactivated tissue culture vaccine against rabies. Immunisation of
Carnivores. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bogel,
eds). Springer Verlag, Berlin, 227 240.

54. ROSATTE R.C. & GUNSON J.R. (1984).      Presence of neutralizing antibodies to rabies
virus in striped skunks from areas free of skunk rabies in Alberta. *J. Wildl. Dis.*, **20** (3),
171 176.

55. SASAKI D.M. & GOOCH J.M. (1983).      Cost effectiveness of Hawaii's anti rabies
quarantine program. *Hawaii med. J.*, **42,** 157-160.

56. SASAKI D.M. & GOOCH J.M. (1992).      Rabies serosurvey of quarantine pets and
mongooses. Report presented to the 16th State Legislature, 75 pp.

57. SCHMIDT R.C. & SIKES R.K. (1968).      Immunisation of foxes with inactivated virus rabies
vaccine. *J. Am. vet. Res.*, **29** (9), 1843-1849.

58. SEKINE N. & YOSHINO K. (1974).      Inhibitors against rabies virus present in normal rabbit
sera. *Arch. ges. Virusforsch.*, **45,** 89 98.

59. SHARPEE R.L., NELSON L.O. & BECKENHAUER W.H. (1985).      Inactivated tissue culture
rabies vaccine with three years immunogenicity in dogs and cats. *In* Rabies in the tropics
(E. Kuwert, C. Mérieux, H. Koprowski & K. Bogel, eds). Springer Verlag, Berlin, 262 273.

60 SIKES R.K. (1971).      Evaluation of canine rabies vaccine. *In* Rabies (Y. Nagano & F.M.
Davenport, eds). University Park Press, Baltimore, London & Tokyo, 343 361.

61. SIKES R.K., PEACOCK G.V., ACHA P.L., ARKO R.J. & DIERKS R. (1971).      Rabies
vaccines: duration of immunity. Study in dogs. *J. Am. vet. med. Ass.*, 1491 1499.

62. SMITH J.S., YAGER P.A. & BAER G.M. (1973).      A rapid reproductible test for
determining rabies neutralizing antibody. *Bull. Wld Hlth Org.*, 48, 535 541.

63. SOULEBOT J.P., STELLMANN CH, BORNAREL P., PETERMANN H.G., LANG R. &
BRANCHE R. (1970).      Influence de la voie d'inoculation des vaccins antirabiques chez
le chien. *Bull. Soc. Sci. vét. méd.*, **72,** 409 417.

64. SOULEBOT J.P., BRUN A., CHAPPUIS G., GUILLEMIN F., PETERMANN H.G.,
PRECAUSTA P. & TERRE J. (1981).      Experimental rabies in cats: immune response and
persistence of immunity. *Cornell Vet.*, **71** (3), 311-325.

65. TEEPSUMETHANON W., POLSUWAN C., LUMLERTDAECHA B., KHAWPLOD P.,
HEMACHUDHA T., CHUTIVONGSE S., WILDE H., CHIEWBANIRUNGKIAT M. &
PHANUPHAK P. (1991).      Immune response to rabies vaccine in Thai dogs: a preliminary
report. *Vaccine*, 9, 627 630.

66. THRAENART O., RAMAKRISHNAN K., JAGER O. & MARCUS I. (1989).      Antibody
induction determined by the mouse neutralization test, rapid fluorescent focus inhibition
test, and Essen enzyme linked immunoadsorbent assay as correlated. *In* Progress in Rabies
Control (O. Thraenart, H. Koprowski, K. Bogel & P. Sureau, eds). Wells Medical, 384-402.

67. TIERKEL E.S., KOPROWSKI H., BLACK J. & GORRIE R.H. (1949).      Preliminary
observations in the comparative prophylactic vaccination of dogs against rabies with living
virus vaccines and phenolized vaccine. *J. Am. vet. Res.*, **10,** 361.

760

68. TOMA B., KOUTCHOUKALI M.A., BLANCOU J., CHAPPUIS G., TIXIER G. & ELOIT M. (1985).    Vaccination of dogs against rabies. Comparison of serological responses one year after intradermal or subcutaneous vaccination. *In* Rabies in the tropics (E. Kuwert, C. Mérieux, H. Koprowski & K. Bögel, eds). Springer Verlag, Berlin, 255-261.

69. TOMA B., KOUTCHOUKALI M.A., BLANCOU J., ELOIT M., GANIERE J.P. & CHANTAL J. (1987). – Vaccination antirabique du chien : réponse sérologique comparée un an après premier rappel à l'aide de vaccin contenant un adjuvant. *Rev. Méd. vét.*, **138**, 905 911.

70. TSIANG H., BLANCOU J. & LAGRANGE P.H. (1981).    BCG modulation of delayed type hepersensitivity, humoral response and acquired resistance after rabies vaccination. *Arch. Virol.*, **69**, 167 176.

71. WANDELER A., WACHENDORFER G., FORSTER U., KREKEL H., MULLER J. & STECK F. (1974).    Rabies in wild carnivores in Central Europe. *Zentbl. VetMed., B*, **21**, 757-764.

72. WHETSONE C.A., BUNN T.O., EMMONS R.W. & WIKTOR T.J. (1984).    Use of monoclonal antibodies to confirm vaccine induced rabies in ten dogs, two cats and one fox. *J. Am. vet. med. Ass.*, **185**, 285.

73. WIKTOR T.J. (1978).    Cell mediated immunity and post exposure protection from rabies by inactivated vaccines of tissue culture origin. *Dev. biol. Stand.*, **40**, 255-264.

74. WILSNACK R.E. & PARKER R.I. (1966).    Pathogenesis of skunk rabies virus: rabies inhibiting substance as related to rabies diagnosis. *J. Am. vet. Res.*, **27** (116), 39-43.

75. YASMUTH C., NELSON K.E., LAIMA T., SUPAWADEE J. & THAIYANANT P. (1983). Prevalence of abortive canine rabies in Chiang Mai, Thailand. *J. med. Ass. Thai.*, **66**, 169-175.